Donald Friedman 200503494
Napa County Jail
1125 Third Street
Napa, CA 94559-3015
Plaintiff Pro Se

**FILED**

DEC 1 4 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

## In the United States District Court
## for the District of Columbia

Donald Friedman
200503494
Napa County Jail
1125 Third Street
Napa, CA 94559-3015
   Plaintiff,

v.

U.S. Secret Service
1800 G Street, NW
Washington, DC 20223
   Defendant.

Case No.:

Complaint for
Declaratory and
Injunctive Relief
Under 5 U.S.C. §552
(FOIA) and 5 U.S.C. §552a
(Privacy Act)

CASE NUMBER   1:06CV02125
JUDGE: Richard W. Roberts
DECK TYPE: FOIA/Privacy Act
DATE STAMP: 12/14/2006

## Complaint
## Introduction

1. This is an action under the Freedom of

Information Act ("FOIA"), 5 U.S.C. §552,

RECEIVED

OCT 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1.

1

AS AMENDED, AND THE PRIVACY ACT OF 1974

("PA"), 5 U.S.C. §552a, AS AMENDED, TO COMPEL

THE UNITED STATES SECRET SERVICE ("DEFENDANT")

TO PRODUCE COPIES OF ANY AND ALL FILES,

RECORDS, DOCUMENTS, INFORMATION, PHOTOS,

RESEARCH MATERIALS (INCL. RESULTS), AND

PURCHASING AND ANY OTHER CONTRACT-RELATED

INFORMATION RELATED TO OR REFERRING TO ANY

U.S. SECRET SERVICE DEVELOPMENT OF,

ACQUISITION OF, INSTALLATION OF, DEPLOYMENT

OF, USE OF, TESTING OF, RESEARCH RELATED TO,

AND/OR INVESTIGATION OR EVALUATION OF THE

CAPABILITIES, PROPERTIES, AND/OR EFFECTS OF

ANY:

1) DIRECTED ENERGY WEAPONS OR SYSTEMS
(INCLUDING ANY AND ALL PARTS OR
COMPONANTS THEREOF); AND/OR

2) DIRECTED ENERGY DEVICES OR SYSTEMS
(INCLUDING ANY AND ALL PARTS OR
COMPONANTS THEREOF); AND/OR

3) ELECTROMAGNETIC RADIATION-
EMITTING DEVICES OR SYSTEMS
(INCLUDING ANY AND ALL PARTS OR
COMPONANTS THEREOF) WHICH ARE
CAPABLE OF CAUSING ANY INJURY OR

3.

PERCEPTION OF PHYSICAL PAIN IN ANY
PERSON WHO IS HIT OR STRUCK BY THE
DEVICE'S OR SYSTEM'S EMISSIONS.

## PARTIES

2. PLAINTIFF, DONALD FRIEDMAN, IS OVER 18 YEARS
OLD, A CITIZEN OF THE STATE OF CALIFORNIA,
AND IS INCARCERATED AS AN UNSENTENCED,
PRE-TRIAL, PRO SE INMATE AT THE NAPA
COUNTY JAIL, NAPA, CALIFORNIA. THE PLAINTIFF
IS THE REQUESTER OF THE RECORDS.

3. DEFENDANT, U.S. SECRET SERVICE, AN AGENCY
WITHIN THE UNITED STATES DEPARTMENT OF

4.

HOMELAND SECURITY (AN EXECUTIVE DEPARTMENT OF THE UNITED STATES), HAS POSSESSION AND/OR CONTROL OVER ALL OF THE RECORDS, ETC. THE PLAINTIFF SEEKS. THE DEFENDANT IS AN AGENCY WITHIN THE MEANING OF 5 U.S.C. § 552(f).

## JURISDICTION AND VENUE

4. THIS COURT HAS JURISDICTION OVER THIS ACTION PURSUANT TO 5 U.S.C. § 552 (a)(4)(B) AND 5 U.S.C. § 552a. VENUE IS PROPER IN THIS COURT PURSUANT TO 5 U.S.C. § 552 AND 5 U.S.C. § 552a.

## Count One

5. From shortly after President John F.

Kennedy's assassination in 1963, when

the U.S. Secret Service's director created

the Protective Research Division, the

Defendant has made a constant and

diligent effort to research, develop, test, use,

evaluate, and attempt to create counter-

measures for every type of weapon,

device, technology, and technique which

could pose a substantial threat to the

health, safety, or self-control of any

person defined as a "protectee" under

6.

18 U.S.C. § 3056. As a result of these activities, which were periodically stepped-up as a result of tragic events such as the assassination of Robert Kennedy in 1968 and the attempted (and nearly successful) assassination of President Ronald Regan in 1981, the Defendant's Protective Research Division began to secretly research, develop, test, evaluate, use, and attempt to create countermeasures and detection methods for directed energy weapons ("DEWs")/systems, other directed energy devices (including, but not limited

7.

TO ELECTROMAGNETIC RADIATION-BASED, WALL-
PENETRATING AUDIO & VISUAL/VIDEO (ELECTRONIC)
SURVEILLANCE TECHNOLOGIES, LASER AND/OR
MICROWAVE MICROPHONE TECHNOLOGIES, WALL/
CLOTHING PENETRATING WEAPON DETECTION
TECHNOLOGIES, OCCULAR/RETINAL IMAGE/VIDEO
PROJECTION TECHNOLOGIES, REMOTE EYE/PUPIL
TRACKING TECHNOLOGIES, FOCUSED SOUND
PROJECTION TECHNOLOGIES, HOLOGRAPHIC
PROJECTION TECHNOLOGIES, MICROWAVE
AUDITORY EFFECT-BASED COMMUNICATION
TECHNOLOGIES, ETC.), AND OTHER ELECTROMAGNETIC
RADIATION-BASED TECHNOLOGIES WHICH COULD BE

8.

USED TO INJURE SOMEONE OR TO INFLUENCE

OR CONTROL SOMEONE'S BEHAVIOR.  DURING

SOME OF THIS RESEARCH, ETC., THE DEFENDANT

ENGAGED IN MANY YEARS OF OVER-ZEALOUS,

WIDESPREAD, AND TOTALLY UNLAWFUL HUMAN

EXPERIMENTATION AS WELL AS UNLAWFUL

USE OF THESE TECHNOLOGIES ON UNWITTING,

UNDESERVING, AND UNCOOPERATIVE SUBJECTS,

INCLUDING THE PLAINTIFF AND OTHER MEMBERS

OF PLAINTIFF'S FAMILY.


6. ON JULY 21, 2003 DEPUTY ASSISTANT DIRECTOR

DONALD P. ZIMMERMAN (OF THE U.S. SECRET

SERVICE) PROVIDED, ON BEHALF OF THE ENTIRE

U.S. SECRET SERVICE AND AS PART OF A SEPERATE

CRIMINAL CASE IN THE U.S. DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, A

SWORN DECLARATION WHICH DENIED THAT THE

SECRET SERVICE UTILIZES ANY TECHNIQUE

OR EQUIPMENT WHICH, THROUGH THE USE OF

ELECTROMAGNETIC RADIATION, CAN CONTROL

ANY INDIVIDUAL. THIS DECLARATION IS

PERJURED AND STATES COMPLETELY FALSE

INFORMATION FOR THE PURPOSE OF DELIBERATE

DECEPTION.

7. THE PURPOSE OF USING ANY DIRECTED ENERGY WEAPON ON A PERSON OR PERSONS IS TO DELIBERATELY CAUSE THEM TO PERCEIVE SOME FORM OF PAIN OR DISCOMFORT OR TO CAUSE THEIR BODY OR BODIES TO INVOLUNTARILY REACT IN SOME TYPE OF PHYSIOLOGICAL ~~PSYCHOLOGICAL~~ WAY. ALL OF THESE EFFECTS EXERT CONTROL/INFLUENCE OVER THE PERSON(S) HIT BY THE EMISSIONS FROM THE DIRECTED ENERGY WEAPON.

8. IN MAY 2006 PLAINTIFF CONTACTED MR. LARRY STEWART, A FORMER EMPLOYEE OF THE U.S. SECRET SERVICE. AS A RESULT OF THIS CONTACT

*11.*

AS WELL AS SUBSEQUENT CONTACTS WITH MR.

STEWART THE PLAINTIFF WAS ABLE TO CONFIRM

THAT THE DEFENDANT HAS RESEARCHED, TESTED,

AND DEPLOYED DEWS AND OTHER RELATED

TECHNOLOGIES. THE PLAINTIFF HAS ADMISSIBLE

EVIDENCE OF THE PERJURY AND THE DEFENDANT'S

TESTING, DEPLOYMENT, ETC. OF THE DEWS IF IT

IS REQUIRED.

9.  BY LETTER, DATED SEPTEMBER 1, 2006 TO THE

FOIA/PA MANAGER AT THE U.S. SECRET SERVICE

FOIA/PA OFFICE, THE PLAINTIFF REQUESTED COPIES

OF ANY AND ALL FILES, RECORDS, DOCUMENTS,

12.

INFORMATION, PHOTOS, RESEARCH MATERIALS

(INCLUDING RESULTS), AND PURCHASING AND ANY

OTHER CONTRACT-RELATED INFORMATION

RELATED TO OR REFERRING TO ANY U.S. SECRET

SERVICE DEVELOPMENT OF, ACQUISITION OF,

INSTALLATION OF, DEPLOYMENT (USE) OF, TESTING

OF, RESEARCH RELATED TO, AND/OR INVESTIGATION

OR EVALUATION OF THE CAPABILITIES, PROPERTIES,

AND/OR EFFECTS OF ANY:

    1) DIRECTED ENERGY WEAPONS OR SYSTEMS

    (INCLUDING ANY AND ALL PARTS OR

    COMPONANTS THEREOF); AND/OR

2) DIRECTED ENERGY DEVICES OR SYSTEMS

(INCLUDING ANY AND ALL PARTS OR

COMPONANTS THEREOF); AND/OR


3) ELECTROMAGNETIC RADIATION-EMITTING

DEVICES OR SYSTEMS (INCLUDING ANY

AND ALL PARTS OR COMPONANTS THEREOF);

WHICH ARE CAPABLE OF CAUSING ANY

INJURY OR PERCEPTION OF PHYSICAL

PAIN IN ANY PERSON WHO IS HIT OR

STRUCK BY THE DEVICE'S OR SYSTEM'S

EMISSIONS.


SEE ATTACHED, EXHIBIT "A," A TRUE AND CORRECT

14.

COPY OF A HAND-COPIED LETTER WHICH THE

PLAINTIFF SENT TO THE DEFENDANT.


10. BY LETTERS, DATED SEPTEMBER 9TH AND 29TH,

2006 THE PLAINTIFF CLARIFIED (BUT DID NOT

MODIFY) HIS PREVIOUS FOIA/PA REQUEST

DATED SEPTEMBER 1, 2006. SEE ATTACHED,

EXHIBITS "B" AND "C," TRUE AND CORRECT

COPIES OF HAND-COPIED LETTERS WHICH THE

PLAINTIFF SENT TO THE DEFENDANT.


11. THE DEFENDANT, THROUGH ITS FOIA/PA

OFFICE, HAS REFUSED OR FAILED TO RESPOND

TO THE PLAINTIFF'S STATUTORILY PERFECTED

REQUEST FOR RECORDS WITHIN THE 20 DAY

MANDATED TIME LIMIT AND THAT REFUSAL

OR FAILURE TO RESPOND ACTS AS A

STATUTORILY DEFINED EXHAUSTION OF THE

PLAINTIFF'S APPLICABLE ADMINISTRATIVE

REMEDIES. SEE 5 U.S.C. § 552 (a)(6)(A)(i)

AND 5 U.S.C. § 552a.

12. PLAINTIFF HAS A STATUTORY RIGHT TO THE

RECORDS HE SEEKS, PLAINTIFF MADE A

STATUTORILY PERFECTED FOIA REQUEST, AND

THE DEFENDANT IS ILLEGALLY REFUSING TO

DISCLOSE THOSE RECORDS TO THE PLAINTIFF.

16.

WHEREFORE, PLAINTIFF REQUESTS THAT THIS

COURT:

(1) DECLARE THAT DEFENDANT'S REFUSAL TO

DISCLOSE THE RECORDS, ETC. REQUESTED

BY PLAINTIFF IS UNLAWFUL;

(2) ORDER DEFENDANT TO MAKE THE REQUESTED

RECORDS AVAILABLE TO PLAINTIFF;

(3) AWARD THE PLAINTIFF HIS REASONABLE

ATTORNEY'S FEES AND COSTS IN THIS ACTION

AS PROVIDED BY 5 U.S.C. § 552 (a)(4)(E) AND

5 U.S.C. § 552a; AND

17.

(4)  GRANT SUCH OTHER AND FURTHER RELIEF AS THIS

COURT MAY DEEM JUST AND PROPER.

RESPECTFULLY SUBMITTED,

DATED: Oct. 4, 2006

DONALD FRIEDMAN
PLAINTIFF PRO SE

18.

EXHIBIT "A"

September 1, 2006

FOIA/PA Manager
U.S. Secret Service
950 H Street, NW
Suite 3000
Washington, DC 20223

Dear Sir or Ms.:

This request is made pursuant to the Freedom of Information Act, 5 U.S.C. §552.

Please immediately provide me with copies of any and all files, records, documents, information, photos, research materials (incl. results), and purchasing and any other contract-related information related to or referring to any U.S. Secret Service development of, acquisition of, installation of, deployment of, testing of, research related to, and/or investigation or evaluation of the capabilities, properties, and/or effects of any:

1) Directed energy weapons or systems (incl. any and all parts or components thereof); and/or

06 2125

**FILED**

DEC 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1.

2) DIRECTED ENERGY DEVICES OR SYSTEMS (INCL. ANY AND ALL PARTS OR COMPONANTS THEREOF); AND/OR

3) ELECTROMAGNETIC RADIATION – EMITTING DEVICES OR SYSTEMS (INCL. ANY AND ALL PARTS OR COMPONANTS THEREOF) WHICH ARE CAPABLE OF CAUSING ANY INJURY OR PERCEPTION OF PHYSICAL PAIN IN ANY PERSON WHO IS HIT OR STRUCK BY THE DEVICE'S OR SYSTEM'S EMISSIONS.

PLEASE SEARCH ALL PROTECTIVE RESEARCH, PROTECTIVE OPERATIONS, AND PURCHASING RELATED RECORDS, DOCUMENTS, FILES, INFORMATION, COMPUTER DATA, ETC., IN ALL RELATED LOCATIONS, LABORATORIES, AND OFFICES FOR RECORDS, ETC. RESPONSIVE TO THIS REQUEST.

I AGREE TO PAY UP TO $25.00 FOR FEES RELATED TO THIS REQUEST.

THANK YOU FOR YOUR PROMPT ATTENTION TO THIS REQUEST.

SINCERELY,

DONALD FRIEDMAN
CONFIDENTIAL LEGAL CORRESPONDENCE
1125 THIRD STREET
NAPA, CA 94559-3015

3.

EXHIBIT "B"

FOIA/PA Manager
U.S. Secret Service
950 H Street, NW
Suite 3000
Washington, DC 20223

Re: Previous FOIA Request Dated
    September 1, 2006

Dear Sir or Ms.:

This letter is to help you with a previous FOIA request I made, dated September 1, 2006. In that request I asked for, among other things, all records, etc. which relate or refer to "Directed Energy Weapons and/or Systems."

I wanted to define "Directed Energy Weapons and/or Systems" (to avoid any miscommunications or misunderstandings) as any device(s) which use any directed, beamed, or pulsed emission of electromagnetic radiation and/or energy (which is comprised of any sound, infrasound, infrasonic, light, infrared, ultraviolet, heat, millimeter-wave, or

**FILED**

1.
06 2125              DEC 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICROWAVE RADIATION AND/OR ENERGY), WHICH IS
CAPABLE OF ANY OF THE FOLLOWING:

1) CAUSING PAIN, INJURY, DISABILITY, DISCOMFORT,
INCAPACITATION, OR DISORIENTATION; AND/OR

2) INDUCING SLEEP; AND/OR

3) STUNNING; AND/OR

4) CAUSING NAUSEA OR SEIZURE; AND/OR

5) DECREASING SPONTANEOUS ACTIVITY; AND/OR

6) AFFECTING, MODIFYING, INFLUENCING, OR
CONTROLLING ANY ACTIVITY, BEHAVIOR, OR
BODILY FUNCTIONS; AND/OR

7) CAUSING ANY OTHER ADVERSE EFFECT ON
ANY PART OR SYSTEM OF THE HUMAN BODY.

THANK YOU FOR YOUR ASSISTANCE AND YOUR PROMPT
ATTENTION TO THIS MATTER.

SINCERELY,

DONALD FRIEDMAN
CONFIDENTIAL LEGAL CORRESPONDENCE
1125 THIRD STREET
NAPA, CA 94559-3015

EXHIBIT "C"

September 25, 2006

FOIA/PA Manager
U.S. Secret Service
950 H Street, NW
Suite 3000
Washington, DC 20223

Re: Previous FOIA Request Regarding Directed
    Energy Weapons, Etc.

Dear Sir or Ms.:

This letter is to clarify but not modify my
previous FOIA request dated September 1, 2006
for any and all files, records, etc. related
or referring to ANY U.S. Secret Service
development of, acquisition of, installation of,
~~deployment of~~, testing of, research related
to, and/or investigation or evaluation of the
capabilities, properties, and/or ~~effects~~ of ANY
~~the~~ directed energy weapons or systems, etc.

In ~~care~~ THE description of what I am requesting,
"deployment of" INCLUDES "use of" any directed
energy weapons or systems, etc. since any use
of any directed energy weapons or devices or

FILED

1. 06 2125

DEC 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANY OF THE OTHER DEVICES DESCRIBED IN MY
ORIGINAL REQUEST WOULD ALSO REQUIRE THE
DEPLOYMENT OF THOSE DEVICES.

ALSO, I SPECIFICALLY REQUESTED THAT ALL PROTECTIVE
RESEARCH, PROTECTIVE OPERATIONS, AND PURCHASING
RELATED RECORDS, ETC. IN ALL RELATED LOCATIONS,
ETC. BE SEARCHED FOR RECORDS RESPONSIVE TO MY
REQUEST. THEREFORE, ALL SPECIAL OR LIMITED ACCESS
PROGRAMS, AREAS, LOCATIONS, LABS, ETC. WITHIN
PROTECTIVE RESEARCH, ETC. MUST ALSO BE SEARCHED
SINCE MOST, IF NOT ALL, OF THE RECORDS BEING
REQUESTED ARE PROBABLY CONSIDERED SENSITIVE OR
HIGHLY CONFIDENTIAL, AND ARE THEREFORE PROBABLY SPECIAL ACCESS ONLY.

PLEASE ALSO CONSIDER MY ORIGINAL REQUEST UNDER
BOTH THE FOIA AND THE PRIVACY ACT.

THANK YOU.

SINCERELY,

DONALD FRIEDMAN
CONFIDENTIAL LEGAL CORRESPONDENCE
1125 THIRD STREET
NAPA, CA 94559-3015

2.

**People vs Donald Max Friedman**
**United States District Court for the District of Columbia Case No.:** _____

# PROOF OF SERVICE

    I, declare that I am employed in the County of Napa, State of California. I am over the age of eighteen. My business address in 1325 Imola Ave. West # 427, Napa, California 94559.

    I am a licensed Private Investigator in the state of California, # **PI 19702**.
    I am a registered Process Server in the County of Napa, CA Reg. # **S-2802**.

On 05-October-2006, I mailed from Napa, CA: the following document:

**1) Complaint for Declaratory & injunctive Relief under 5 U.S.C. § (FOIA) and 4 U.S.C. § 552a (Privacy Act)**

I served the documents by enclosing them in an envelope and depositing the envelope with the United States Postal Service with the postage fully prepaid.

The envelope was addressed and mailed as follows;
Court Clerk's Office
US District Court
333 Constitution Ave NW
Washington, DC 20001

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 05-October-2006

                          **KENNETH J. GAUDET,**
              **Investigator, CDO Investigations**

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

06-2125
RWR

## I (a) PLAINTIFFS

Donald Friedman

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 86666
(EXCEPT IN U.S. PLAINTIFF CASES)

Pro SE PP

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
\# 200503494

## DEFENDANTS

U.S. Secret Service

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATT

CASE NUMBER   1:06CV02125

JUDGE: Richard W. Roberts

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/14/2006

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)

☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSH
FOR PLAINTIFF AI

| | PTF | DFT | | | |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. *Antitrust*

☐ 410 Antitrust

### ☐ B. *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ☐ G. *Habeas Corpus/* *2255* | ☐ H. *Employment* *Discrimination* | ☑ I. *FOIA/PRIVACY* *ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General | ☐ 442 Civil Rights-Employment | ☐ 895 Freedom of Information Act | ☐ 152 Recovery of Defaulted Student |
| ☐ 510 Motion/Vacate Sentence | (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) | ☐ 890 Other Statutory Actions (if Privacy Act) | Loans (excluding veterans) |
| | *(If pro se, select this deck)** | *(If pro se, select this deck)** | |

| ☐ K. *Labor/ERISA* *(non-employment)* | ☐ L. *Other Civil Rights* *(non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act | ☐ 441 Voting (if not Voting Rights Act) | ☐ 110 Insurance | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |
| ☐ 720 Labor/Mgmt. Relations | ☐ 443 Housing/Accommodations | ☐ 120 Marine | |
| ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 444 Welfare | ☐ 130 Miller Act | |
| ☐ 740 Labor Railway Act | ☐ 440 Other Civil Rights | ☐ 140 Negotiable Instrument | |
| ☐ 790 Other Labor Litigation | ☐ 445 American w/Disabilities-Employment | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | |
| ☐ 791 Empl. Ret. Inc. Security Act | ☐ 446 Americans w/Disabilities-Other | ☐ 153 Recovery of Overpayment of Veteran's Benefits | |
| | | ☐ 160 Stockholder's Suits | |
| | | ☐ 190 Other Contracts | |
| | | ☐ 195 Contract Product Liability | |
| | | ☐ 196 Franchise | |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

5 USC 552 – FOIA –

---

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $** 0   Check YES only if demanded in complaint **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☒ YES ☐ NO   If yes, please complete related case form.

DATE 12./4.06   SIGNATURE OF ATTORNEY OF RECORD NCD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.