UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD M. FRIEDMAN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-02125(RWR) |
| | ) |
| UNITED STATES SECRET SERVICE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, United States Secret Service, respectfully moves for an enlargement of time up to and including February 28, 2007 to answer, move or otherwise respond to Plaintiff's Complaint. Although the United States generally has sixty days by which to respond to a complaint (see Fed.R.Civ.P. 12(a)(3)(A)), this case was brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, which requires an agency to respond to a complaint within thirty days after service of the pleading. 5 U.S.C. § 552(a)(4)(C). Service was perfected on December 22, 2006. Thus, Defendant has until January 22, 2007 to respond to Plaintiff's Complaint. However, for good cause as explained below, Defendant requests an enlargement to file its response to Plaintiff's Complaint.[1]

---

[1] Because Plaintiff is incarcerated, the undersigned counsel has not attempted to contact Plaintiff regarding his position on this nondispositive motion pursuant to Local Rule 7(m).

Specifically, Defendant requests the enlargement due to the work-related demands on its counsel. For example, Defendant's counsel filed a sur-reply in the case, <u>Fletcher v. District of Columbia, et al.</u>, Civil Action No. 01-601(JDB), on Wednesday, January 17, 2007, and will file a cross-motion for summary judgment and opposition in the case, <u>American Postal Workers Union v. United States Postal Service</u>, Civil Action No. 06-00934(RJL), today, Friday, January 19, 2007. Additionally, the undersigned counsel had two deposition preparations today in the case <u>Chambers v. United States Department of Interior</u>, Civil Action No. 05-0380(JR), and has depositions scheduled in that same case on Monday, January 22, 2007.

Defendant also notes that its counsel has a deposition preparation in the <u>Chambers</u> case on Tuesday, January 23, and a deposition in that case on Thursday, January 25. Defendant's counsel must also address discovery related demands in the cases, <u>Ross v. United States</u>, Civil Action No. 04-1286(RBW), <u>Moncada v. Mineta</u>, Civil Action No. 05-00470(PLF), and <u>Webb v. United States</u>, Civil Action No. 05-427(RJL), over the next two weeks or so, and has a trial scheduled from February 7 - 9, 2007 for which she must prepare. Accordingly, because of the work-related demands on its counsel as explained herein, Defendant will not be able to respond to Plaintiff's complaint by the current deadline, and respectfully moves for an enlargement of time up to and including February 28, 2007 to do so.

A proposed Order consistent with this Motion is attached.

Respectfully Submitted,


/s/ Jeffrey A. Taylor /bmr

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /bmr

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of ***Defendant's Motion for Enlargement of Time and Memorandum in Support Thereof*** was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this 19th day of January, 2007 to:

Donald Friedman
#20053494
Napa County Jail
1125 Third Street
Napa, CA 94559-3015

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD M. FRIEDMAN,** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-02125(RWR) |
| | ) |
| **UNITED STATES SECRET SERVICE,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

ORDER

UPON CONSIDERATION of *Defendant's Motion for Enlargement of Time and Memorandum in Support Thereof*, any opposition thereto, and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including February 28, 2007 to answer, move or otherwise respond to Plaintiff's Complaint.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Donald Friedman
#20053494
Napa County Jail
1125 Third Street
Napa, CA 94559-3015

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530