UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-2125(RWR) |
| ) | |
| U.S. SECRET SERVICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S SECOND MOTION FOR AN EXTENSION OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant, the United States Secret Service, by and through its undersigned attorneys, respectfully moves for an extension of time up to and including March 16, 2006 to answer, move or otherwise respond to Plaintiff's Complaint.[1]  Defendant did not contact Plaintiff regarding the relief requested herein given that Local Rule 7(m) is not applicable to this Motion because Plaintiff is a prisoner who is proceeding without counsel in this action.  In support of its Motion, Defendant states the following.

Defendant moves for the extension so that its counsel may have an additional period to coordinate with the Agency an appropriate response to Plaintiff's Complaint.  Defendant additionally requests the extension because of the significant work-related demands on its

---

[1] Pursuant to Fed. R. Civ. P. 6(a), 6(e), and 15(a), Defendant's response to Plaintiff's Amended Complaint would be due today, March 2, 2007.  However, in granting Defendant's previous motion for an extension of time to respond to Plaintiff's original complaint, this Court established a deadline of February 28, 2007 to respond to Plaintiff's Complaint, as amended.  Defendant's counsel inadvertently calendared the March 2 date as the deadline.

counsel. For example, Defendant's counsel was in depositions on three of the four business days during the preceding week in the case, Schroer v. Billington, Civil Action No. 05-1090(JR). During that same week, Defendant's counsel had to address discovery-related matters in the case, Fletcher v. United States Parole Commission, Civil Action No. 01-0601(JDB) which culminated in a letter to plaintiff's counsel in that case regarding plaintiff's response to defendant's discovery. Within the next week, Defendant's counsel has two filings due to the District of Columbia Circuit, one of which is a brief in a Title VII case, Maramark v. Spellings, No. 06-5099(D.C. Cir.). Given these work-related demands on its counsel and given the need for additional coordination with the Agency, Defendant will not be able to file its answer or other response to Plaintiff's Amended Complaint by the current deadline, and thus, respectfully moves for an extension of time up to and including March 16, 2007 to do so. This Motion is made in good faith. Further, Defendant does not believe that granting the relief requested herein will prejudice Plaintiff.

      A proposed Order consistent with the relief requested is attached.

                          Respectfully Submitted,

                          /s/ Jeffrey A. Taylor /kvm
                          _____
                          JEFFREY A. TAYLOR, D.C. BAR #498610
                          United States Attorney

                          /s/ Rudolph Contreras /kvm
                          _____
                          RUDOLPH CONTRERAS, D.C. BAR #434122
                          Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Second Motion for an Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail this 2nd day of March, 2007 to:

Donald Friedman
#20053494
Napa County Jail
1125 Third Street
Napa, California 94559-3015

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN,            )<br>                                         )<br>        Plaintiff               )<br>                                         )<br>  v.                                   )<br>                                         )<br> U.S. SECRET SERVICE,     )<br>                                         )<br>        Defendant.            )<br>_____) | Civil Action No. 06-2125(RWR) |

**ORDER**

UPON CONSIDERATION of *Defendant's Second Motion for an Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof,* and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, Defendant shall have up to and including March 16, 2007 to answer or otherwise respond to Plaintiff's Amended Complaint.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Donald Friedman
#20053494
Napa County Jail
1125 Third Street
Napa, California 94559-3015

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530