Donald M. Friedman
1125 Third Street
Napa, CA 94559-3015

Plaintiff Pro Se

RECEIVED
MAR 02 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the United States District Court
for the District of Columbia

Donald M. Friedman,
    Plaintiff,

v.

U.S. Secret Service,
    Defendant.

Case No.: 06-cv-02125 (RWR)

Motion to Correct a Single Typographical Error in Recently Filed First Amended Complaint

1. The Pro Se Plaintiff in the above-captioned case respectfully requests that this court correct a single typographical error in the Plaintiff's recently filed First Amended Complaint, filed February 7, 2007.

2. The typographical error correction is slight and only requested for clarity's sake to avoid any possible confusion, even though the meaning of the paragraph should be obvious without the correction.

3. On page 10 of the First Amended Complaint, line 9, the words "be searched" should be inserted between the words "offices" and "for."

1.

4. The Plaintiff just noticed the typographical error and immediately took this step to correct the slight error.

5. The Plaintiff requests that this correction not alter the Defendant's current due date for its response to the Plaintiff's First Amended Complaint. However, due to the Plaintiff's very pressing need for the records, etc. which are the subject of this action, if the court must extend the Defendant's due date for its response to 30 days from the date of this correction, the Plaintiff does not want this correction made and would prefer that the due date remain as set.

Dated: February 24, 2007

Respectfully submitted,

/s/ Donald M. Friedman
Mr. Donald M. Friedman
Plaintiff Pro Se

**People vs Donald Max Friedman**
**United States District Court for the District of Columbia**
**Case No.:06-CV-02125 (RWR)**

# PROOF OF SERVICE

I, declare that I am employed in the County of Napa, State of California. I am over the age of eighteen. My business address in 1325 Imola Ave. West # 427, Napa, California 94559.

I am a licensed Private Investigator in the state of California, # **PI 19702**.
I am a registered Process Server in the County of Napa, CA Reg. # **S-2802**.

On 28-February-2007, I mailed from Napa, CA: the following documents:

**1) Motion to Correct a Single Typographical Error in the Recently Filed Amended Complaint**

I served the documents by enclosing them in an envelope and depositing the envelope with the United States Postal Service with the postage fully prepaid.

The envelope was addressed and mailed as follows;

Court Clerk
US District Court
Room 1225
333 Constitution Ave NW
Washington, DC 20001

US Attorney's Office Civil Division
555 4th NW
Room E-4822
Washington, DC 20530

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 28-February-2007

KENNETH J. GAUDET,
Investigator, CDO Investigations