UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-2125(RWR) |
| ) | |
| U.S. SECRET SERVICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S MOTION FOR A STAY
AND MEMORANDUM IN SUPPORT THEREOF**

Defendant, United States Secret Service, by and through the undersigned counsel, moves for a forty-five day stay (i.e., to May 1, 2007) in this case brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended. Defendant did not contact Plaintiff regarding the relief requested herein because Plaintiff is a prisoner who is proceeding without counsel in this action. In support of its Motion, Defendant states the following.

Plaintiff filed a FOIA request with the U.S. Secret Service seeking records pertaining to directed energy weapons or systems, and/or electromagnetic radiation-emitting devices or systems. From the undersigned counsel's understanding, processing of this request will cost considerably more than the $25 "upper limit" that plaintiff has agreed to pay. See Pl.'s Compl., Ex. B. Accordingly, to provide a period for the Parties to resolve issues related to payment of fees for the processing of Plaintiff's FOIA request, Defendant is seeking a stay.[1] Depending

---

[1] Courts have held that a stay in litigation is appropriate to provide parties an opportunity to resolve matters between or among themselves and as a means for the Court to control its docket. See, e.g. Dapuzzo v. Globalvest Management Co., L.P., 263 F.Supp.2d 714, 741-742 (S.D.N.Y. 2003).

upon disposition of the fee issue, Defendant anticipates filing either a motion to dismiss, or a motion for a briefing schedule at the conclusion of the stay.

    A proposed Order consistent with the relief requested is attached.

                        Respectfully Submitted,

                        /s/ Jeffrey A. Taylor /mj
                        _____
                        JEFFREY A. TAYLOR, D.C. BAR #498610
                        United States Attorney

                        /s/ Rudolph Contreras
                        _____
                        RUDOLPH CONTRERAS, D.C. BAR #434122
                        Assistant United States Attorney

                        /s/ Beverly M. Russell
                        _____
                        BEVERLY M. RUSSELL, D.C. Bar #454257
                        Assistant United States Attorney
                        U.S. Attorney's Office for the District of Columbia
                        555 4th Street, N.W., Rm. E-4915
                        Washington, D.C. 20530
                        Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Motion for a Stay and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail this 15th day of March, 2007 to:

Donald Friedman
#20053494
Napa County Jail
1125 Third Street
Napa, California 94559-3015

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-2125(RWR) |
| ) | |
| U.S. SECRET SERVICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

UPON CONSIDERATION of *Defendant's Motion for a Stay,* and for good cause shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, this case is stayed until May 1, 2007;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Donald Friedman
#20053494
Napa County Jail
1125 Third Street
Napa, California 94559-3015

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530