Donald M. Friedman
1125 Third Street
Napa, CA 94559-3015

Plaintiff Pro Se

RECEIVED

MAR 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the United States District Court
for the District of Columbia

| | |
|---|---|
| Donald M. Friedman,<br>Plaintiff,<br><br>v.<br><br>U.S. Secret Service,<br>Defendant. | Case No.: 06-2125 (RWR)<br><br>Plaintiff's <u>Verified</u><br>Opposition to Defendant's<br>Second Extension of<br>Time to Answer, Move,<br>or Otherwise Respond<br>to Plaintiff's Complaint |

1. The Defendant, U.S. Secret Service, has respectfully moved, late (due to admitted carelessness), for a 14 day extension of time from its late motion filing date and states that, based on the very barest of non-descriptive explanations, its counsel needs to now, after over eight weeks since she was properly served with Plaintiff's Complaint, "coordinate with the agency" to appropriately respond to Plaintiff's Complaint.

2. In addition, for the second time, Defendant's counsel is requesting additional time to respond to the Plaintiff's Complaint due to counsel's other caseload demands.

1.

3. It appears from Defendant Counsel's motion that she is not managing or prioritizing her workload adequately and is asking this Court to condone that poor management and prioritizing in a case where over 40 years of the Defendant's criminal misconduct, including over 10 years of <u>very</u> frequent torture, coercion, etc. inflicted upon the Plaintiff which, in part, has resulted in the Plaintiff being illegally arrested, prosecuted, and jailed since September 28, 2005. It has also made it critically imperative that the Plaintiff immediately obtain the records, etc. he is seeking in order to prevent any further torture or other criminal misconduct by the Defendant and to provide proof of the Plaintiff's innocence of any wrongdoing in the Napa County Superior Court criminal case in which he is currently being prosecuted.

4. As stated in the Plaintiff's Complaint, the Plaintiff has obtained irrefutible proof of the Defendant's extreme bad faith and perjury (from a seperate case in 2003) in relation to the

2.

PROPER DISCLOSURE OF THE EXISTENCE OF RECORDS, ETC. WHICH RELATE OR REFER TO THE TECHNOLOGIES DESCRIBED IN THE PLAINTIFF'S COMPLAINT, AND IN A GOOD FAITH ATTEMPT TO EXPEDITE THIS ACTION AND PREVENT ANY FURTHER INSTANCES OF DELAYS, BAD FAITH, PERJURY, ETC. BY THE DEFENDANT (OR DELAYS BY DEFENDANT'S COUNSEL) THE PLAINTIFF PROVIDED COPIES OF THE EVIDENCE AND OTHER RELEVANT INFORMATION TO DEFENDANT'S COUNSEL, HOWEVER, IT APPEARS THAT COUNSEL AND THE DEFENDANT ARE STALLING THESE PROCEEDINGS, ATTEMPTING TO INDEFINITELY DELAY PROVIDING THE (DEFENDANT'S) INCRIMINATING AND (FOR THE PLAINTIFF) EXCULPATORY RECORDS, ETC. TO WHICH THE PLAINTIFF IS IMMEDIATELY LEGALLY AND MORALLY ENTITLED.

5. BY LETTER DATED JANUARY 24, 2007 THE DEFENDANT REQUESTED $3828.28 TO SEARCH ITS RECORDS FOR RECORDS RESPONSIVE TO THE PLAINTIFF'S REQUEST. ON FEBRUARY 23, 2007 THE DEFENDANT RECEIVED THE FUNDS REQUESTED, FROM COUNTY FUNDS AUTHORIZED BY ORDER OF THE NAPA COUNTY SUPERIOR COURT, BASED UPON THE NAPA COURT'S BELIEF THAT THE

FUNDS FOR THE SEARCH OF THE DEFENDANT'S RECORDS WAS A NECESSARY PART OF THE PLAINTIFF'S PREPARATION OF HIS CRIMINAL TRIAL DEFENSE ON CHARGES WHICH WHOLLY RESULTED FROM DEFENDANT PERSONNEL CRIMINALLY TORTURING AND COERCING THE PLAINTIFF.

6. THE U.S. GOVERNMENT, OVER THE PAST 5+ YEARS HAS PUBLICLY SHOWN A MUCH MORE PERMISSIVE ATTITUDE TOWARD WHOLESALE TORTURE, WITHOUT ANY ACCOUNTABILITY OR OVERSIGHT.

7. THE PLAINTIFF RESPECTFULLY REQUESTS THAT THIS COURT DENY THE DEFENDANT'S MOTION FOR AN EXTENSION OF TIME AND DIRECT DEFENDANT'S COUNSEL TO CEASE WASTING THIS COURT'S AND THE PLAINTIFF'S TIME AND RESOURCES BY REQUESTING EXTENSIONS OF TIME WITHOUT A DETAILED OFFER OF PROOF; 1. SHOWING GOOD CAUSE WHY AN EXTENSION IS ABSOLUTELY NECESSARY; AND 2. A GOOD FAITH SHOWING THAT SUBSTANTIAL PROGRESS IS BEING TIMELY MADE TO COMPLY WITH THE PLAINTIFF'S FOIA REQUEST.

4.

RESPECTFULLY SUBMITTED,

DATED: MARCH 7, 2007

*[signature]*
PLAINTIFF PRO SE

VERIFICATION

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: MARCH 7, 2007

*[signature]*
PLAINTIFF PRO SE

CASE No.: 06-2125 (RWR)

## PROOF OF SERVICE

1. I, __Kelvin Davis__, DECLARE THAT I AM A RESIDENT OF THE COUNTY OF NAPA, STATE OF CALIFORNIA AND THAT I AM OVER 18 YEARS OF AGE.

2. ON __3-9-07__, I CAUSED A COPY OF THE ATTACHED DOCUMENT TO BE MAILED BY U.S. MAIL, POSTAGE FULLY PREPAID, BY PLACING SAID DOCUMENT IN A SEALED ENVELOPE AND PLACING THAT ENVELOPE INTO THE NAPA COUNTY JAIL OUTGOING MAIL RECEPTICLE. THE ENVELOPE WAS ADDRESSED AS FOLLOWS:

Ms. Beverly M. Russell, AUSA
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: 3-9-07

Kelvin Davis
1125 Third Street
Napa, CA 94559-3015