Donald M. Friedman
1125 Third Street
Napa, CA 94559-3015

Plaintiff Pro Se

**RECEIVED**

APR - 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the United States District Court

For the District of Columbia

Donald M. Friedman,
    Plaintiff,

v.

U.S. Secret Service,
    Defendant.

Case No.: 06-2125 (RWR)

Verified Motion for Leave to File Late Opposition to Defendant's Motion for 45-Day Stay

1. The incarcerated, PRO SE Plaintiff in the above-captioned case respectfully moves for this court to grant the Plaintiff leave to file late (by only a day or two) Plaintiff's opposition to Defendant's motion for a 45-day stay, filed concurrently with this motion and Plaintiff's motion for expedited processing of his FOIA request.

2. The instant motion will not prejudice the Defendant.

3. Due to serious, but now resolved, difficulties with obtaining necessary photocopies at the jail

1.

FACILITY HE IS CURRENTLY BEING DETAINED IN, THE PLAINTIFF HAD TO RESOLVE AN INMATE GRIEVANCE IN ORDER TO BE ABLE TO FILE THIS INSTANT MOTION AND THE OTHER MOTION BEING FILED CONCURRENTLY. SEE ATTACHED, EXHIBIT "A," A TRUE AND CORRECT COPY OF THE NAPA COUNTY JAIL INMATE GRIEVANCE OUTLINING THE PHOTOCOPYING ISSUE AND ITS FINAL RESOLUTION.

4. THE PLAINTIFF FILED THE CURRENT MOTIONS AS SOON AS POSSIBLE AFTER RESOLVING THE PHOTOCOPYING ISSUE AND OBTAINING THE COPIES FROM THE JAIL FACILITY.

RESPECTFULLY SUBMITTED,

DATED: MARCH 28, 2007

DONALD M. FRIEDMAN
PLAINTIFF PRO SE

VERIFICATION

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: MARCH 28, 2007

DONALD M. FRIEDMAN
PLAINTIFF PRO SE

2.



**NAPA COUNTY** DEPARTMENT OF CORRECTIONS

# INMATE GRIEVANCE FORM
### (Print Clearly and Firmly)
(Use supplimental pages as may be necessary)

INMATE: Don Friedman         PID# 200503494 HOUSING: ME 242

WHAT ARE YOU GRIEVING? BE SPECIFIC AND GIVE DETAILS! TODAY'S DATE: 3/20/07

I AM, STILL, PRO PER IN A FEDERAL CIVIL SUIT AND REQUIRE SMALL NUMBERS OF COPIES ON AN INFREQUENT BASIS TO FILE MOTIONS AND RESPONSES IN THE FEDERAL CASE. I AM CONSTITUTIONALLY ENTITLED TO MEANINGFUL ACCESS TO THE COURTS AT ALL TIMES, INCLUDING WHILE INCARCERATED, AND I HAVE BEEN UNABLE TO GET THE REQUIRED COPIES I NEED.

WHAT ATTEMPTS HAVE YOU MADE TO RESOLVE THIS PROBLEM UP TO NOW?: (IF NONE, WHY?)

I ASKED CO. FORTINO TO MAKE THE COPIES FOR ME BUT CPL. WILSON (PER LT. JOHNSON) STOPPED HIM FROM MAKING THE COPIES BEFORE HE STARTED.

*************************************************************

LEVEL 1: RECEIVED BY: SKELTON         DATE: 3/20/07 TIME: 1836

RESOLUTION: (IF NONE AND BEING REFERRED TO LEVEL 2, STATE WHY)

REFERRED TO LT JOHNSON

LEVEL 2: RECEIVED BY: _____ DATE: _____ TIME: _____

RESOLUTION: (IF NONE AND BEING REFERRED TO LEVEL 3, STATE WHY)

LEVEL 3: RECEIVED BY: _____ DATE: 3/22/07 TIME: 1700

RESOLUTION:

CONFIRMED WITH DAN HEACUK OFFICE (VALEJO) THAT MR. FRIEDMAN DOES IN FACT HAVE FEDERAL CASE IN WHICH HE IS CURRENTLY PRO-PER. COPIES CAN BE MADE BY STAFF IN THIS CASE.

*************************************************************

DO YOU ACCEPT THE RESOLUTION?: (Yes) No: IF NO, WHY? WHAT WOULD YOU SUGGEST?:

I HAVE RECEIVED A COPY: _____ DATE: 3/24/07 TIME: 1015
                        (Inmate)

EXHIBIT "A"

INMATE GRIEVANCE FORM    WHITE(Inmate) YELLOW(File) PINK(Chrono) GOLD(Inmate Receipt)

## PROOF OF SERVICE

1. I, *Kelvin Davis*, DECLARE THAT I AM A RESIDENT OF THE COUNTY OF NAPA, STATE OF CALIFORNIA AND THAT I AM OVER 18 YEARS OF AGE.

2. ON _3-29-07_, I CAUSED ᴬ ᶜᴼᴾʸ ᴼᶠ THE ATTACHED DOCUMENT TO BE MAILED BY U.S. MAIL, POSTAGE FULLY PREPAID, BY PLACING SAID DOCUMENT IN A SEALED ENVELOPE AND PLACING THAT ENVELOPE INTO THE NAPA COUNTY JAIL OUTGOING MAIL RECEPTICLE. THE ENVELOPE WAS ADDRESSED AS FOLLOWS:

MS. BEVERLY M. RUSSELL, AUSA
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION
555 FOURTH ST., N.W.
WASHINGTON, DC 20530

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: _3-29-07_

_____
Kelvin Davis
1125 THIRD STREET
NAPA, CA 94559-3015

RECEIVED

APR - 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff Pro Se

## In the United States District Court
## For the District of Columbia

Donald M. Friedman,
    Plaintiff,

v.

U.S. Secret Service,
    Defendant.

Case No.: 06-2125 (RWR)

<u>Verified</u> Motion Opposing Defendant's Motion for Stay <u>and</u> Plaintiff's Motion for Expedited Processing of His FOIA Request

1. The Plaintiff in the above-captioned case respectfully opposes any stay in the instant case on the basis that there is nothing at this time which necessitates that the parties have "an opportunity to resolve matters between or among themselves" (See Def. Mot. fn) as the Defendant's counsel is attempting to represent to this court.

2. In addition, the Plaintiff also respectfully moves for this court to order the Defendant to expedite the Plaintiff's FOIA request as much as possible due to extreme hardship circumstances and urgency which exists in the instant case, and which clearly satisfies the "exceptional need or urgency" requirement in <u>Open America v. Watergate</u>

1.

SPECIAL PROSECUTION FORCE, 547 F.2d 605 (D.C. CIR. 1976) AT 616.

OPPOSITION TO DEFENDANT'S MOTION

3. ALL FEE-RELATED ISSUES WHICH DID RECENTLY EXIST, WHICH THE DEFENDANT RAISES AS THE ONLY BASIS FOR ITS REQUEST FOR A STAY, HAVE ALREADY BEEN RESOLVED BY THE PLAINTIFF ARRANGING FOR THE PAYMENT-IN-FULL OF THOSE FEES.

4. THIS IS THE THIRD FRIVOLOUS, BAD-FAITH REQUEST FOR A DELAY IN THIS CASE WITHOUT EVEN ANY SEMBLANCE OF AN ATTEMPT TO JUSTIFY THE REQUESTS WITH ANY LEGITIMATE, GOOD-FAITH BASIS FOR ANY DELAY.

5. IN A LETTER DATED JANUARY 24, 2007 THE DEFENDANT NOTIFIED THE PLAINTIFF THAT IT WAS REQUESTING $3828.28 FOR SEARCH FEES TO SEARCH FOR RECORDS RESPONSIVE TO THE PLAINTIFF'S FOIA REQUEST. SEE ATTACHED, EXHIBIT "A," A TRUE AND CORRECT COPY OF DEFENDANT'S LETTER TO PLAINTIFF.

6. ON FEBRUARY 14, 2007 NAPA COUNTY SUPERIOR COURT JUDGE RODNEY STONE AUTHORIZED THE PAYMENT OF THE $3828.28 TO THE DEFENDANT FROM COURT FUNDS. SEE ATTACHED, EXHIBIT "B," A TRUE AND CORRECT COPY OF JUDGE STONE'S ORDER.

7. ON FEBRUARY 15, 2007 THE COUNTY OF NAPA ISSUED THE WARRANT FOR PAYMENT OF FUNDS FOR $3828.28, PAYABLE TO THE US TREASURY,

2.

US SECRET SERVICE. SEE ATTACHED, EXHIBIT "C," A TRUE AND CORRECT COPY OF THE WARRANT.

8. ON FEBRUARY 23, 2007 THE DEFENDANT RECEIVED THE FUNDS. SEE ATTACHED, EXHIBIT "D," A TRUE AND CORRECT COPY OF THE DELIVERY CONFIRMATION.

9. AS THIS COURT CAN SEE FROM THE ATTACHED EXHIBITS, THERE ARE NO CURRENT FEE-RELATED ISSUES IN THE INSTANT CASE. ALL SUCH ISSUES WHICH DID EXIST HAVE BEEN PROPERLY RESOLVED AND UNTIL THE DEFENDANT COMPLETES ITS SEARCH AND LOCATES RECORDS RESPONSIVE TO THE PLAINTIFF'S REQUEST, WHICH MAY REQUIRE DUPLICATION (AFTER REVIEW) AND HAVE RELATED FEES AND COSTS, THERE ARE NO REMAINING STATUTORILY AVAILABLE COSTS OR FEES INVOLVED IN PROCESSING THE PLAINTIFF'S FOIA REQUEST.

10. THE DEFENDANT HAS THUS FAR IGNORED THE 20 DAY FOIA STATUTORY RESPONSE REQUIREMENT (AND ALL OTHER TIME REQUIREMENTS) WITHOUT ANY MEANINGFUL EXPLAINATION. THE FIRST RESPONSE SHOWING THE DEFENDANT WAS INTENDING TO HANDLE THE PLAINTIFF'S FOIA REQUEST "AS EXPEDITIOUSLY AS POSSIBLE" WAS ON OCTOBER 2, 2006 (SEE PL.'S COMPL. EX. D). THEN, NEARLY 4 MONTHS LATER (AND ONLY LONG AFTER THE FILING OF THIS ACTION), THE DEFENDANT REQUESTED $3828.28 FOR SEARCH FEES, WHICH THE PLAINTIFF IMMEDIATELY ~~IMMEDIATELY~~ ARRANGED WITH THE LOCAL COURT

3.

to pay. Now, approximately 5 months after the Plaintiff's original FOIA request was received by the Defendant, Defendant's counsel is requesting another unjustified, lengthy delay of 45 days to resolve a <u>non-existent</u> fee-related issue, related to search fees which have already been paid.

## Motion for Expedited Processing

11. The Plaintiff made his original FOIA request in September 2006. At that time he had already been incarcerated for almost a full year, awaiting trial, while trying to obtain proof of the source of the directed-energy weapon ("DEW") based torture, coercion, abuse, etc. which forced the Plaintiff to commit the acts for which he is presently being prosecuted.

12. Not long prior to the Plaintiff making his FOIA request, he obtained information from a former U.S. Secret Service employee, Mr. Larry Stewart, that the U.S. Secret Service has researched, tested, and deployed into the field for use the types of devices and technologies the Plaintiff is seeking records, etc. related to as part of the instant suit. The information was provided to the Plaintiff by Mr. Stewart during telephone conversations the Plaintiff had with Mr. Stewart while the Plaintiff has been incarcerated awaiting trial.

4.

See Attached, Exhibit "E," a true and correct copy of a letter from Mr. Larry Stewart to the Plaintiff which describes his experience, employment history, etc. Mr. Stewart was appointed by the Napa County Superior Court (as an expert witness for forensic science and the inner-workings of the U.S. Secret Service) to assist the Plaintiff with his defense in the Napa County criminal case.

13. Mr. Stewart's admission of many, many years of U.S. Secret Service research, testing, and deployment of directed-energy weapons directly contradicts a 2003 sworn declaration, provided by the Defendant agency in a seperate case, which states that the Defendant agency has no record of any such devices or technologies. The 2003 criminal case involved similar torture, coercion, etc. being inflicted criminally upon Donald M. Friedman by U.S. Secret Service personnel and the agency was ordered by the district court to provide a sworn declaration in response to the Plaintiff in this case's allegations. See Attached, Exhibit "F," a true and correct copy of the sworn declaration of Donald P. Zimmerman, page 2, paragraph #4.

14. Mr. Stewart's admission is also entirely consistant with information/facts contained within the very well-researched book, "The Secret Service: The Hidden History of an Enigmatic Agency," by Philip H. Melanson (2005 Revised and Expanded

5.

EDITION BY CARROLL & GRAF PUBLISHERS), CHAPTER 9 ("THE SIXTH SENSE," PGS 226-258), WHICH DISCUSSES AND REVEALS SOME OF THE CUTTING-EDGE TECHNOLOGIES AND TECHNIQUES THE DEFENDANT HAS IN USE AND/OR HAS INTEREST IN DEVELOPING OR USING, INCLUDING NONLETHAL ENERGY WEAPONS AND TECHNOLOGIES, WHICH IS EXACTLY WHAT DIRECTED-ENERGY WEAPONS ARE.

15. BETWEEN MR. STEWART'S ADMISSION OF DEFENDANT'S RESEARCH, TESTING, AND DEPLOYMENT IN THE FIELD FOR USE OF DEWS AND THE BOOK ABOUT THE DEFENDANT AGENCY, IT IS VERY OBVIOUS THAT THE DEFENDANT'S 2003 SWORN DECLARATION IS PERJURED. THE ONLY LIKELY REASON FOR IT BEING PERJURED IS THAT THE DEFENDANT WAS (AND STILL IS) ATTEMPTING TO KEEP ITS CRIMINAL MISCONDUCT RELATED TO THE DIRECTED-ENERGY TECHNOLOGIES CONCEALED AND COVERED UP.

16. DUE TO THE PLAINTIFF HAVING PROOF OF THE DEFENDANT'S PERJURY AND (ALSO WITH MR. STEWART'S HELP AND FORENSIC SCIENCE EXPERTISE) EVIDENCE OF THE CRIMINAL MISUSE OF THE DEWS ON HIS PERSON TO TORTURE, ASSAULT, INTIMIDATE, AND INJURE HIM, THE PLAINTIFF HAS THE REASONABLE BELIEF THAT THE DEFENDANT IS THE SOURCE OF THE TORTURE, COERCION, ETC. AND HAS GOOD REASON TO BELIEVE THAT WHEN THE DEFENDANT COMPLIES WITH THE PLAINTIFF'S FOIA REQUEST BY PROVIDING ALL OF THE RECORDS, ETC. THE

6.

Plaintiff has requested, records will be produced by the Defendant which prove the Plaintiff is innocent of the charges for which Napa County is currently prosecuting him.

17. For the foregoing reasons, the Plaintiff respectfully requests that this court deny the Defendant's motion for any stay of the proceedings and grant the Plaintiff's motion for expedited processing of his FOIA request.

Respectfully submitted,

Dated: March 20, 2007

Plaintiff Pro Se

Verification

I certify that the foregoing is true and correct under penalty of perjury under the laws of the United States of America.

Dated: March 20, 2007

Plaintiff Pro Se

7.



### DEPARTMENT OF HOMELAND SECURITY
UNITED STATES SECRET SERVICE
WASHINGTON, D.C. 20223

Freedom of Information and Privacy Acts Branch
245 Murray Drive
Building 410
Washington, D.C. 20223

JAN 2 4 2007

Donald Friedman
1125 Third Street
Napa, CA  94559-3015

File Number:  20060535

Dear Requester:

Reference is made to your Freedom of Information/Privacy Acts correspondence most recently received by the U. S. Secret Service (USSS) on October 16, 2006, for information pertaining to electronic radiation.

After a careful review of your request and consultation with the respective division that may have documents responsive to your request, we have determined that it will take USSS staff 80 hours to search for all responsive documents.  The estimated cost to search for all responsive documents will be $3,828.  To see the breakdown of this cost, see below:

It will take a GS14 staff 40 hours to search at a cost of 37.91 per hour ($1516.40), plus an additional 16% ($242.62).  It will also take a GS15 staff member 40 hours to search at a cost of 44.59 per hour ($1783.60) , plus 16% ($258.38).  The total search cost will be $3828.28.

Pursuant to Title 6, Chapter 1, Part 5.11, where a component determines or estimates that a total fee to be charged under this section will be more than $250.00, it may require the requester to make an advance payment of an amount up to the amount of the entire anticipated fee before beginning to process the request, except where it receives a satisfactory assurance of full payment from a requester that has a history of prompt payment.  Therefore, please send your payment of $3,828.28 in the form of a money order payable to the United States Treasury Department.  Please reference your request number on the check.  Upon receiving the payment, we will process your request.

If you disagree with our determination, you have the right of administrative appeal within 35 days by writing to Freedom of Information Appeal, Deputy Director, U.S. Secret Service, 245 Murray Drive, Building 410, Washington, D.C. 20223.

EXHIBIT
"A"

Please note that failure to respond within 60 days of the above date will result in the administrative closure of your file.

Please use the file number indicated above in all correspondence with this office.

Sincerely,

Kathy J. Lyerly
Special Agent In Charge
Freedom of Information &
Privacy Acts Officer

1
2
3
4

Kenneth J Gaudet, Investigator
CDO Investigations PI 19702
1325 Imola Ave West #427
Napa, CA 94559
(707) 256-3303

**ENDORSED**

FEB 1 4 2007

Clerk of the Napa Superior Court
By:  **SORA O'DOHERTY**
              Deputy

5
6

Investigator for Defendant:
DONALD MAX FRIEDMAN

7

## IN THE SUPERIOR COURT OF STATE OF CALIFORNIA
## COUNTY OF NAPA

8
9
10

PEOPLE OF THE STATE OF CALIFORNIA,
          Plaintiff
Vs.

Case No. CR 125349

**Supplemental Verified Motion Related
to Funds for Defendant's Investigator to Pay
$3,828.28 in Search Fees**

11
12

DONALD MAX FRIEDMAN,
          Defendant (In Pro Per)

Dept. E

13

_____

14
15
16
17

        Having considered the Ex Parte Request for additional funds for Investigator, IT IS SO

ORDERED THAT Kenneth J. Gaudet of CDO Investigations is retained in this matter, at County

expenses in the sum of Three Thousand Eight Hundred and Twenty Eight dollars & Twenty Eight

cents ($3,828.28) & that funds be available forthwith payable directly to the United States Treasury.

The order signed 2-7-07 is hereby vacated.

18

_____ **R. STONE**

19
20

                                                JUDGE OF THE SUPERIOR COURT

        Dated: February  14 , 2007

21
22
23
24
25
26
27
28

                                EXHIBIT
                                  "B"

**COUNTY OF NAPA WARRANT**

To the Treasurer of Napa County
1195 Third Street, Suite 2082

Date    02/13/07

Vendor: 25719

Pay: $***3,828.28

Pay     ****THREE THOUSAND EIGHT HUNDRED TWENTY-EIGHT AND 28 / 100 DOLLAR****

To The
Order Of

US TREASURY
US SECRET SERVICE
245 MURRAY DRIVE, BUILDING 401
WASHINGTON DC 20223

*Pamela A. Kindig*

Pamela A. Kindig, Auditor Controller

⑈339525⑈ ⑆121000248⑆ 4945059392⑈

| Warrant Date: 02/13/07 | | | Warrant No. | 339525 |
|---|---|---|---|---|
| Invoice Number | Invoice Date | Voucher ID | Description | Payment Amount |
| 10044 | 02/13/07 | 00582163 | DONALD FRIEDMAN FILE #20060535 | 3,828.28 |

| Vendor Number | Vendor Name | | Total Discounts | |
|---|---|---|---|---|
| 25719 | US TREASURY | | $0.00 | |
| Warrant Number | Date | Handling | Discounts Taken | Total Paid Amount |
| 339525 | 02/15/07 | DP | $0.00 | $3,828.28 |

EXHIBIT
"C"

 UNITED STATES POSTAL SERVICE®

Track & Confirm                    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 0305 2710 0001 3399 6450
Status: **Delivered**

Your item was delivered at 11:05 AM on February 23, 2007 in
WASHINGTON, DC 20223.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )



POSTAL INSPECTORS     site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust         Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



ExHIBIT
"D"

*Stewart Forensic Consultants, LLC*



May 12, 2006

Dear Mr. Friedman,

I am in receipt of your written letters, dated April 24, 2006, May 7, 2006 and May 8, 2006. At your request in the April 24 letter, I spoke with Investigator Gaudet.

I will be able to provide you a fair and impartial examination of your evidence and case file. If appointed, to proceed I would need access to the records surrounding your investigation and arrest, as well as any actual evidence to be examined. I would then provide you with an official report of any investigative or forensic findings associated with your case. Courtroom preparation, presentation and testimony would also be available.

To answer your specific questions:
I am familiar with technologies developed for and used by the Secret Service in both their investigative and protective missions. That knowledge stems from my nearly 24 years as an employee of the Secret Service. I began working for them as a forensic scientist and ended my career with them as the Chief Forensic Scientist and Laboratory Director. In that capacity, I worked for both the protective and investigative sides of the Secret Service. As a forensic scientist, I can examine all of the evidence in the case and develop independent conclusions about origin, history, etc.

I hope I have been able to answer your questions. I am enclosing my resume and rates in case you decide to proceed by having Stewart Forensic Consultants appointed to examine the evidence.

Sincerely,

Larry F. Stewart
Chief Forensic Scientist

cc: Mr. Gaudet

EXHIBIT
" E "

793A East Foothill Boulevard, Suite 200, San Luis Obispo, California 93405
Tel. 805-595-3333, FAX 805-595-3333

1  McGREGOR W. SCOTT
   United States Attorney
2  PHILIP A. FERRARI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2744

5

6

7

**ORIGINAL
FILED**

JUL 2 2 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )
                                       )  CR.S-03-060 WBS
12          Plaintiff,                 )
                                       )  DECLARATION OF DONALD P.
13                                     )  ZIMMERMAN, DEPUTY ASSISTANT
                                       )  DIRECTOR, OFFICE OF
14  DONALD M. FRIEDMAN,                )  INVESTIGATIONS, USSS
                                       )
15          Defendant.                 )  18 U.S.C. § 1746
                                       )
16  _____ )

17                            DECLARATION

18      I, Donald P. Zimmerman, hereby declare and state the

19  following:

20      1.       I am the Deputy Assistant Director, Office of

21  Investigations, United States Secret Service, Department of

22  Homeland Security (hereinafter "Secret Service").  I have held

23  this position since December, 2002.  I have been a Special

24  Agent with the Secret Service since May, 1983.

25                               1

26

                            EXHIBIT
                             "F"

1      2.    In my capacity as Deputy Assistant Director. I am

2  charged with the supervision of the Secret Service's major

3  field offices, including the San Francisco Field Office.

4  Additionally, I have oversight of the investigative techniques

5  and equipment utilized by the Secret Service in fulfilling its

6  investigative mission.  Finally, I am familiar with the

7  investigative techniques and equipment utilized by the Secret

8  Service since 1983.

9      3.    According to Secret Service records, more than one

10  individual served as the Special Agent In Charge of the San

11  Francisco Field Office during the period of January, 1996

12  through May, 2000.

13      4.    At my direction, the appropriate Secret Service

14  records were reviewed for information pertaining to:  (1) any

15  records were reviewed for information pertaining to:  (1) any

16  investigative technique or equipment utilized by the Secret

17  Service to transmit electromagnetic radiation to control any

18  individual; and (2) any investigative technique or equipment

19  utilized by the Secret Service to transmit anonymous spoken

20  messages to any individual.  This search revealed no records

21  indicating either the existence of any such investigative

22  techniques or equipment or their use against anyone, including

23  Donald M. Friedman.

24

25                              2

26

5.    I have no personal knowledge of the use or existence of any such investigative techniques or equipment.

/ / /

/ / /

/ / /

6.    I declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that the foregoing statements are true and correct to the best of my knowledge and belief.

Executed on July 2/, 2003 at Washington, D.C.

BY: _____
DONALD P. ZIMMERMAN
Deputy Assistant Director
Office of Investigations
United States Secret Service

3

## Proof of Service

1. I, _Kelvin Davis_, declare that I am a resident of the County of Napa, State of California and that I am over 18 years of age.

2. On _3-29-07_, I caused a copy of the attached document to be mailed by U.S. Mail, postage fully prepaid, by placing said document in a sealed envelope and placing that envelope into the Napa County Jail outgoing mail recepticle. The envelope was addressed as follows:

Ms. Beverly M. Russell, AUSA
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _3-29-07_

_K Davis_
1125 Third Street
Napa, CA 94559-3015