UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONALD FRIEDMAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2125(RWR) |
| | ) | |
| U.S. SECRET SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DEFENDANT'S MOTION TO EXTEND THE STAY
AND MEMORANDUM IN SUPPORT THEREOF**

Defendant, United States Secret Service, by and through its undersigned counsel,

previously moved for a forty-five (45) day stay in this case brought pursuant to the Freedom of

Information Act, 5 U.S.C. § 552, as amended.  The stay ends Tuesday, May 1, 2007.  Defendant

herein moves for a three week extension of the stay, i.e., up to and including May 22, 2007.

Defendant did not contact Plaintiff regarding the relief requested herein given that Local Rule

7(m) is not applicable to this Motion because Plaintiff is a prisoner who is proceeding without

counsel in this action.  In support of its Motion, Defendant states the following.

Defendant moves for the stay because its undersigned counsel assigned this matter is on

leave from April 30 to May 9, 2007.  Further, because of other work-related demands during the

week of April 23, 2007 (including, but not limited to, a brief to the District of Columbia Circuit

and two depositions as well as deposition preparations), the undersigned counsel was unable to

coordinate with the Agency on an appropriate response in this case prior to going on leave.

Accordingly, for the reasons stated herein, Defendant respectfully moves to extend the stay in

this matter to May 22, 2007.

A proposed Order consistent with the relief requested is attached.

Respectfully Submitted,


/s/ Jeffrey A. Taylor /bmr

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney


/s/ Rudolph Contreras /bmr

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of ***Defendant's Motion to Extend the Stay and***

***Memorandum in Support Thereof*** was made by the Court's Electronic Case Filing System and

by first class, postage prepaid mail this <u>30th</u> day of April, 2007 to:

Donald Friedman
#20053494
Napa County Jail
1125 Third Street
Napa, California 94559-3015


/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DONALD FRIEDMAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-2125(RWR) |
| | ) | |
| U.S. SECRET SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER**

UPON CONSIDERATION of *Defendant's Motion to Extend the Stay,* and for good cause

shown, it is by the Court,

ORDERED that Defendant's motion should be and is hereby granted, and thus, this case

is stayed until May 22, 2007;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Donald Friedman
#20053494
Napa County Jail
1125 Third Street
Napa, California 94559-3015

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530