UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN,<br><br>              Plaintiff,<br><br>   v.<br><br>UNITED STATES SECRET SERVICE,<br><br>              Defendant. | Civil Action No.  06-2125  (RWR) |

**ORDER**

This matter is before the Court on defendant's motion for a stay of proceedings. Defendant estimates that processing plaintiff's request for information under the Freedom of Information Act ("FOIA"), *see* 5 U.S.C. § 552, "will cost considerably more than the $45 'upper limit' that plaintiff has agreed to pay." Def.'s Mot. at 1. Defendant suggests that a stay would allow time for the parties "to resolve issues related to payment of [the] fees." *Id*. In his opposition, plaintiff represents that any issues related to processing fees have been resolved, and that a check for $3,828.28 has been issued to and received by defendant. Verified Motion Opposing Defendant's Motion for Stay ¶¶ 3, 5-8 & Ex. B-D. Defendant has not filed a reply.

It appears that the estimated fees have been paid in full. Accordingly, it is hereby

ORDERED that plaintiff's "Verified Motion for Leave to File Late Opposition to Defendant's Motion for a 45-Day Stay" [Dkt. #13] is GRANTED. Plaintiff's request for expedited processing of his FOIA request is DENIED. It is further

ORDERED that defendant's Motion for a Stay [Dkt. #11] is DENIED. It is further

ORDERED that defendant shall file either a dispositive motion or a proposed schedule for further proceedings in this case not later than May 6, 2007.

SO ORDERED.

SIGNED this 30th day of April 2007.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge