UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD FRIEDMAN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES SECRET SERVICE,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 06-2125 (RWR) |

## NOTICE OF APPEARANCE

Defendant, United States Secret Service, respectfully requests that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 3rd day of May, 2007, I caused the foregoing Notice of

Appearance to be served on Plaintiff:

Donald M. Friedman
NO. 200503494
NAPA COUNTY JAIL
1125 Third Street
Napa, CA 94559-3015

              _____/s/_____
               JUDITH A. KIDWELL
               Assistant United States Attorney