UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-2125 (RWR) |
| UNITED STATES SECRET SERVICE, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
TO FILE DISPOSITIVE MOTION OR PROPOSED SCHEDULE
FOR FURTHER PROCEEDINGS**

Defendant, United States Secret Service, through its undersigned attorneys, hereby respectfully requests an enlargement of time, to and including May 18, 2007, within which to file a dispositive motion or a proposed schedule for further proceedings. Defendant's response is now due on May 7, 2007.[1]

Because Plaintiff is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Defendant, therefore, has not obtained his position as to the relief requested.

There is good cause for this motion. The Assistant U.S. Attorney assigned to this case, Beverly M. Russell, is currently on leave from the office. Ms. Russell is expected to return to the office on May 9, 2007. However, because of other pending matters on her schedule, Ms. Russell will need additional time after her return to the office to prepare a dispositive motion or proposed schedule for further proceedings   Accordingly, Defendant is requesting an extension of time to and including May 18, 2007, to file either a dispositive motion or a proposed scheduling order in

---

[1] The Court's Order of April 30, 2007, indicated a due date of May, 6, 2007, which is a Sunday.

this case.

For the foregoing reasons, Defendant respectfully requests that this motion for an enlargement of time be granted. A proposed order is included with this motion.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2007, I caused the foregoing Motion for Enlargement of Time and proposed Order to be served by first class mail, postage prepaid, on:

Donald M. Friedman
NO. 200503494
NAPA COUNTY JAIL
1125 Third Street
Napa, CA 94559-3015

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD FRIEDMAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-2125 (RWR) |
| ) | |
| **UNITED STATES SECRET SERVICE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

UPON CONSIDERATION OF Defendant's Motion for An Enlargement of Time to file a dispositive motion or proposed schedule for further proceedings, any Opposition thereto, and the entire record herein, it is this _____ day of May, 2007,

**ORDERED** that Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant shall have until and including May 18, 2007, to file a dispositive motion or schedule for further proceedings in this case.

_____
UNITED STATES DISTRICT JUDGE