UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN,            )<br>                             )<br>    Plaintiff              )<br>                             )<br>    v.                       )<br>                             )<br>U.S. SECRET SERVICE,         )<br>                             )<br>    Defendant.               )<br>_____) | Civil Action No. 06-2125(RWR) |

**NOTICE OF FILING PROPOSED SCHEDULE
PURSUANT TO THE COURT'S MAY 1, 2007 ORDER**

Plaintiff brought this suit pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, seeking records from defendant U.S. Secret Service. The U.S. Secret Service has determined that it will take approximately eight weeks to process Plaintiff's FOIA request. Based on this determination, and pursuant to the Court's May 1, 2007 Order, the Secret Service proposes the following schedule to govern further proceedings in this case:

| | |
|---|---|
| Production of Records to Plaintiff | July 20, 2007 |
| Defendant's Dispositive Motion | August 31, 2007 |
| Plaintiff's Opposition or Other Response | September 28, 2007 |
| Defendant's Reply | October 19, 2007 |

Respectfully Submitted,


/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the *Notice of Filing Proposed Schedule Pursuant to the Court's May 1, 2007 Order* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail this 18th day of May, 2007 to:

Donald Friedman
#20053494
Napa County Jail
1125 Third Street
Napa, California 94559-3015


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney