Donald M. Friedman
1125 Third Street
Napa, CA 94559-3015

Plaintiff Pro Se

RECEIVED
MAY 18 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the United States District Court
for the District of Columbia

Donald M. Friedman,
    Plaintiff,

vs.

U.S. Secret Service,
    Defendant.

Case No.: 06-2125 (RWR)

Plaintiff's Opposition to Defendant's Motions for an Enlargement of Time and Extension of a Stay

1. The incarcerated, <u>pro se</u> Plaintiff in the above-captioned case respectfully and strongly opposes and objects to any additional delays in the instant case.

2. The Defendant has submitted two motions, by two seperate AUSAs, each asking for additional time to file a response to the Plaintiff's complaint (one asking for 12 days, to May 18, 2007, and the second, asking for 16 days, to May 22, 2007). <u>See</u> Def's Mots. 1 and 2.

1.

3. Again, this court is being asked to extend a deadline without sufficient cause and the Plaintiff is being forced to endure additional unlawful torture, imprisonment, and other unconscionable abuses because of the poor planning and time management of the Defendant's counsels. The Defendant's counsel's office couldn't even manage itself well enough to file a single motion for more time!

4. The "Defendant's Motion to Extend the Stay..." (filed by AUSA B.M. Russell on May 2, 2007) attempts to extend a stay which was denied by this court for cause in its April 30, 2007 order and therefore is improper, invalid, and ungrantable on its face. Therefore, the only valid motion this court should consider is the "Defendant's Motion for an Enlargement of Time..." (filed by AUSA J.A. Kidwell on May 3, 2007).

5. This action dates back to October 2006 and the Defendant has not yet responded to the complaint but Defendant's counsels have requested 5 additional extensions, including the current 2, and 4 of them have been based

2.

UPON "WORK-RELATED DEMANDS" ON DEFENDANT COUNSEL'S TIME. <u>SEE</u> DEF.'S MOTS. FOR ENLARGEMENT OF TIME AND DEF.'S MOT. TO EXTEND THE STAY..., DATED, RESPECTIVELY, JANUARY 19, 2007, MARCH 2, 2007, MAY 3, 2007, AND MAY 2, 2007.

6. IN ADDITION, ONE OF DEFENDANT COUNSEL'S MANY REQUESTS FOR AN EXTENSION, NOT INCLUDED IN THOSE LISTED IN THE PRIOR PARAGRAPH, WAS A MOTION FOR A 45-DAY STAY FOR A NON-EXISTENT AND TOTALLY FABRICATED FEE-RELATED ISSUE. HOWEVER, DUE TO DEFENDANT'S COUNSEL MANIPULATING THIS COURT, DESPITE THE FACT THAT HER MOTION FOR A STAY WAS DENIED, SHE ESSENTIALLY OBTAINED A 57-DAY STAY FOR HER CLIENT WITHOUT <u>ANY</u> GOOD-FAITH BASIS FOR EVEN A SINGLE DAY STAY BEING GRANTED. <u>SEE</u> MOT. FOR STAY.

7. NOW, AFTER DEFENDANT'S COUNSEL HAS WRONGFULLY OBTAINED A NEARLY 2 MONTH EXTENSION TO ANSWER THE COMPLAINT, SHE, THROUGH ANOTHER ATTORNEY IN HER OFFICE, IS ASKING FOR ANOTHER EXTENSION USING THE SAME TIRED EXCUSES SHE HAS USED SO MANY TIMES BEFORE, KNOWING THAT BY THE TIME THIS COURT RULES ON THIS MATTER, THE DESIRED TIME WILL HAVE ELAPSED ANYWAY SO COUNSEL DOES NOT HAVE TO WORRY ABOUT THE ACTUAL OUTCOME

OF THE RULING ON THE MOTIONS.

8. THE PLAINTIFF REQUESTS THAT THIS COURT CURTAIL THE DEFENDANT COUNSEL'S NONSTOP REQUESTS FOR ADDITIONAL TIME TO FILE A RESPONSE IN THIS CASE WITHOUT THE SLIGHTEST OFFERING OF PROOF THAT ANY EFFORT TO COMPLY WITH THE DISCLOSURE REQUIREMENTS OF THE FOIA IS BEING MADE. SO FAR, DEFENDANT'S COUNSEL HAS ONLY PROVIDED THE WEAKEST OF EXCUSES AND HAS NOT OFFERED A SINGLE SUBSTANTIVE REASON FOR NEEDING MORE TIME, AND THIS COURT SHOULD REFUSE TO ENTERTAIN SUCH BASELESS REQUESTS.

RESPECTFULLY SUBMITTED,

DATED: 5/10/07

_____
DONALD M. FRIEDMAN
PLAINTIFF PRO SE

4.

Graham v. U.S. Secret Service
Case No.: 06-2125 (RWR)

## Proof of Service

1. I, Rod Graham, declare that I am a resident of the County of Napa, State of California and that I am over 18 years of age.

2. On 05-13-07, I caused a copy of the attached document to be mailed by U.S. Mail, postage fully prepaid, by placing said document in a sealed envelope and placing that envelope into the Napa County Jail outgoing mail recepticle. The envelope was addressed as follows:

Ms. Beverly M. Russell, AUSA
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 05-13-07

Rod Graham
1125 Third Street
Napa, CA 94559-3015