Donald M. Friedman
1125 Third Street
Napa, CA 94559-3015

Plaintiff Pro Se

RECEIVED
MAY 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the United States District Court
for the District of Columbia

Donald M. Friedman,
    Plaintiff,

vs.

U.S. Secret Service,
    Defendant.

Case No.: 06-2125 (RWR)

Plaintiff's Notice of Change of Address

1. The Plaintiff in the above-captioned case is being transferred from one jail facility to another and his new address following the transfer (on an unknown date, within the next 4 days) will be:

Mr. Donald Friedman
Solano County Jail Inmate
600 Union Avenue
Fairfield, CA 94533

Dated: May 17, 2007

/s/ Donald M. Friedman
Donald M. Friedman
Plaintiff Pro Se

1.

Donald M. Friedman v. U.S. Secret Service
Case No.: 06-2125 (RWR)

## Proof of Service

1. I, Rod Graham, declare that I am a resident of the County of Napa, State of California and that I am over 18 years of age.

2. On 05-17-07, I caused a copy of the attached document to be mailed by U.S. Mail, postage fully prepaid, by placing said document in a sealed envelope and placing that envelope into the Napa County Jail outgoing mail recepticle. The envelope was addressed as follows:

Ms. Beverly M. Russell, AUSA
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth St., N.W.
Washington, DC 20530

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 05-17-07

Rod Graham
1125 Third Street
Napa, CA 94559-3015