UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD FRIEDMAN,

        Plaintiff,

v.

UNITED STATES SECRET SERVICE,

        Defendant.

Civil Action No. 06-2125 (RWR)

**ORDER**

On consideration of defendant's requests for a stay and extensions of time and plaintiff's opposition thereto, it is hereby

ORDERED that defendant's motion for an extension of time [Dkt. #9] is GRANTED *nunc pro tunc*. It is further

ORDERED that defendant's motion to stay [Dkt. #14] is DENIED, and its motion for an extension of time to file a dispositive motion or proposed scheduling order [Dkt. #17] is GRANTED *nunc pro tunc*. It is further

ORDERED that defendant shall produce the requested records to plaintiff by July 20, 2007. Defendant shall file its dispositive motion by August 31, 2007. Plaintiff shall file his opposition or other response to defendant's motion by September 28, 2007. Defendant shall file its reply, if any, by October 19, 2007.

SO ORDERED.

SIGNED this 29th day of May 2007.

                                                  /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge