Donald M. Friedman
Solano County Jail
500 Union Avenue
Fairfield, CA 94533

Plaintiff Pro Se

In the United States District Court
for the District of Columbia

Donald M. Friedman,
    Plaintiff,

vs.

U.S. Secret Service,
    Defendant.

Case No.: 06-2125 (RWR)

Motion for Re-Service

RECEIVED
JUN 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. The Plaintiff in the above-captioned case respectfully informs this court that he has not received anything filed by Defendant in the instant case since the Motion filed by Defendant's counsel on May 3, 2007.

2. The Plaintiff respectfully moves for this court to order the Defendant to re-serve the Plaintiff with any motions, etc. it filed in the instant case since May 3, 2007 and also respectfully moves for this court to allow Plaintiff adequate time to respond.

Dated: June 7, 2007

Respectfully submitted,

_____
Donald M. Friedman
Plaintiff Pro Se

DONALD M. FREEDMAN V. U.S. SECRET SERVICE
CASE NO.: 06-2125 (RWR)

## PROOF OF SERVICE

1. I, MONTANA SCHWARTZ, DECLARE THAT I AM A RESIDENT OF THE COUNTY OF SOLANO, STATE OF CALIFORNIA AND THAT I AM OVER 18 YEARS OF AGE.

2. ON 6/7/07, I CAUSED A COPY OF THE ATTACHED DOCUMENT TO BE MAILED BY U.S. MAIL, POSTAGE FULLY PREPAID, BY PLACING SAID DOCUMENT IN A SEALED ENVELOPE AND PLACING THAT ENVELOPE INTO THE SOLANO COUNTY JAIL OUTGOING MAIL RECEPTICLE. THE ENVELOPE WAS ADDRESSED AS FOLLOWS:

Ms. BEVERLY M. RUSSELL, AUSA
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION
555 FOURTH ST., N.W.
WASHINGTON, DC 20530

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: 6/7/07

MONTANA SCHWARTZ
~~1125 THIRD STREET~~
~~NAPA, CA 94559-3015~~
520 UNION AVENUE
FAIRFIELD, CA 94533