UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN,        ) | |
| )            | |
| Plaintiff        ) | |
| )            | |
| v.             ) | Civil Action No. 06-2125(RWR) |
| )            | |
| U.S. SECRET SERVICE,      ) | |
| )            | |
| Defendant.      ) | |
| _____) | |

**NOTICE TO THE COURT REGARDING
RE-SERVICE ON PLAINTIFF OF DEFENDANT'S
PROPOSED BRIEFING SCHEDULE**

On or around June 11, 2007, Plaintiff served a motion requesting that the Court have Defendant re-serve Plaintiff with any filings made by Defendant in the above-captioned matter since May 3, 2007.  R. 22, Motion for Re-Service.  Defendant has filed only one document with the Court since that date, i.e., its *Notice of Filing Proposed Schedule Pursuant to the Court's May 1, 2007 Order.*  Defendant herein notifies the Court that Defendant is reserving this document on Plaintiff, today, June 28, 2007, by first class, postage prepaid mail addressed as follows: Donald M. Friedman, Solano County Jail, 500 Union Avenue, Fairfield, California 94533.

Respectfully Submitted,

JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the *Notice to the Court Regarding Re-Service on Plaintiff of Defendant's Proposed Briefing Schedule* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail this <u>28th</u> day of June, 2007 to:

Donald M. Friedman
Solano County Jail
500 Union Avenue
Fairfield, California 94533

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney