1125 THIRD ST.
NAPA, CA 94559-3015

RECEIVED

JUN 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DONALD M. FRIEDMAN,                    CASE NO.: 06-CV-2125 (RWR)
            PLAINTIFF,

                                       PLAINTIFF'S NOTICE OF
                                       CHANGE OF ADDRESS
VS.

U.S. SECRET SERVICE,
            DEFENDANT,

1. THE PLAINTIFF IN THE ABOVE-CAPTIONED CASE HAS BEEN
TRANSFERRED FROM ONE JAIL FACILITY TO ANOTHER,
AND HIS NEW ADDRESS IS:

            MR. DONALD FRIEDMAN
            PID# 200503494
            1125 THIRD STREET
            NAPA, CA 94559-3015

                              RESPECTFULLY SUBMITTED,

DATED: 6/23/07

                              DONALD M. FRIEDMAN
                              PLAINTIFF PRO SE

1.