UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 06-CV-2125 (RWR) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES SECRET SERVICE ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo and remove the appearance of Assistant United States Attorney Beverly Russell as counsel for Defendant in the above-captioned case.

/s/ Kenneth Adebonojo
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 307-3599