DONALD M. FRIEDMAN
1301 Fourth Street
Napa, CA  94559
(707) 235-0353 Cellular Telephone
(707) 259-8133 Message Telephone
Email: don.friedman@yahoo.com

PLAINTIFF PRO SE

RECEIVED
AUG 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DONALD M. FRIEDMAN,

    Plaintiff,

vs.

U.S. SECRET SERVICE,

    Defendant.

Case No.: Case No. 06-cv-2125 (RWR)

PLAINTIFF'S AMENDED NOTICE OF CHANGE OF ADDRESS

1. The Plaintiff in the above-captioned case respectfully notices this court to an amendment to his previous change of address. The Plaintiff's new mailing address is:

    Donald M. Friedman
    1301 Fourth Street
    Napa, CA  94559

Dated this 26th day of August, 2007

DONALD M. FRIEDMAN
PLAINTIFF PRO SE

## PROOF OF SERVICE

Donald M. Friedman v. U.S. Secret Service
Case No. 06-2125 (RWR)

I, **LINDA B JOHNSON**, am a citizen of the State of California, am over 18 years old am not a party to the above-referenced action.

On **8/21/07** I mailed, via the U.S. Postal Service, postage fully pre-paid, the attached document(s) to the following party:

Mr. Kenneth Abebonojo, AUSA
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 8/21/07

Signed: _____
Address: 1511 McDowell St
VJO, CA 94590