UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN,         )<br>                          )<br>    Plaintiff,            )<br>                          )<br>v.                        )<br>                          )<br>U.S. SECRET SERVICE,      )<br>                          )<br>    Defendant.            )<br>_____) | Civil Action No. 06-2125(RWR) |

### DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 6(a), Defendant respectfully requests that this Court amend the Scheduling Order in this matter to enlarge time for Defendant to file a dispositive motion. In support of this motion, defendant states:

1. On or about July 20, 2007, documents were provided to Plaintiff in response to his request.

2. On August 27, 2007, Plaintiff filed a Motion to Compel the Production of Excluded Records.

3. Defendant seeks additional time in order to be able to file its dispositive motion and respond to said motion.

4. Pursuant to Local Civil Rule 7(m), since Defendant does not have a telephone number for Plaintiff, the undersigned attempted to confer with Plaintiff via email transmission but has not received a response.

August 31, 2007　　　　　　　　　　Respectfully submitted,

*/s/ Jeffrey A. Taylor*
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

*/s/ Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

*/s/ Kenneth Adebonojo*
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4210
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

COUNSEL FOR DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN,        )<br>                             )<br>      Plaintiff           )<br>                             )<br>v.                           )<br>                             )<br>U.S. SECRET SERVICE, )<br>                             )<br>      Defendant.       )<br>_____) | Civil Action No. 06-2125(RWR) |

## AMENDED SCHEDULING ORDER

Plaintiff brought this suit pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, seeking records from defendant U.S. Secret Service. Defendant proposes the following schedule to govern further proceedings in this case:

| | |
|---|---|
| Defendant's Dispositive Motion and Opposition to Motion to Compel | September 28, 2007 |
| Plaintiff's Opposition or Other Response | October 26, 2007 |
| Defendant's Reply | November 16, 2007 |

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the *Motion to Amend the Briefing Schedule* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail this 31st day of August, 2007 to:

Donald Friedman
1125 Third Street
Napa, CA 94559-3015

KENNETH ADEBONOJO
Assistant United States Attorney