UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD FRIEDMAN,

           Plaintiff,

  v.

UNITED STATES SECRET SERVICE,

           Defendant.

Civil Action No. 06-2125 (RWR)

## ORDER

It is hereby

ORDERED that plaintiff's Motion for Re-Service [Dkt. #22] is DENIED as moot. It is further

ORDERED that defendant's unopposed Motion to Amend Scheduling Order [Dkt. #28] is GRANTED. Defendant shall file its dispositive motion and its opposition to plaintiff's Motion to Compel by **September 28, 2007**. Plaintiff shall file his opposition to defendant's dispositive motion and his reply, if any, by **October 26, 2007**. Defendant shall file its reply, if any, by **November 16, 2007**.

SO ORDERED.

SIGNED this 21st day of September 2007.

                                              /s/
                                 RICHARD W. ROBERTS
                                 United States District Judge