UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD FRIEDMAN,                )
                                )
        Plaintiff                )
                                )
        v.                       )    Civil Action No. 06-2125(RWR)
                                )
U.S. SECRET SERVICE,            )
                                )
        Defendant.              )
_____)

### DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 6(a), Defendant respectfully requests that this Court amend the Scheduling Order in this matter to enlarge time for Defendant to file a dispositive motion. A proposed revised briefing schedule is attached. In support of this motion, defendant states:

1. On or about July 20, 2007, documents were provided to Plaintiff in response to his Freedom of Information Act request.

2. On August 27, 2007, Plaintiff filed a Motion to Compel the Production of Excluded Records.

3. It is taking Defendant longer than expected to prepare a dispositive motion and response to this motion because of the very sensitive nature of the material Plaintiff seeks.

4. Furthermore, Agency Counsel has been out of the office recently because of the General Assembly of the United Nations in New York.

5. Defendant seeks additional time in order to be able to file its dispositive motion and respond to said motion.

6.   Pursuant to Local Civil Rule 7(m), the undersigned has left a message and sent Plaintiff an email but has not received a response regarding his consent to this request.

October 2, 2007                                     Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. – Room E4210
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

**COUNSEL FOR DEFENDANTS**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD FRIEDMAN, )
 )
      Plaintiff )
 )
v. ) Civil Action No. 06-2125(RWR)
 )
U.S. SECRET SERVICE, )
 )
      Defendant. )
_____ )

## AMENDED SCHEDULING ORDER

    Plaintiff brought this suit pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, seeking records from defendant U.S. Secret Service. Defendant proposes the following schedule to govern further proceedings in this case:

| | |
|---|---|
| Defendant's Dispositive Motion and Opposition to Motion to Compel | October 29, 2007 |
| Plaintiff's Opposition or Other Response | November 30, 2007 |
| Defendant's Reply | December 17, 2007 |

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the *Corrected Motion to Amend the Briefing Schedule* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail this 2nd day of October, 2007 to:

Donald Friedman
1125 Third Street
Napa, CA 94559-3015


_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney