UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> U.S. SECRET SERVICE, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 06-2125 (RWR) <br> ECF |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant, the United States Secret Service (the Agency) through counsel, respectfully requests an enlargement of time, until November 28, 2007, to file an answer or otherwise respond to Plaintiff's complaint. In support of this motion, Defendant states the following:

1. Defendant's answer or response to the Complaint is due on or before October 28, 2007.

2. Defendant is preparing a dispositive motion and requires a declaration from the Agency. The Agency continues to work diligently on its declaration. However, the it has encountered unexpected delays in the referral process of a highly sensitive and classified document to another governmental agency as well as in procuring necessary information from an non-governmental source regarding the release of potentially proprietary information.

3. The undersigned counsel is also attending two-week mandatory training session in Columbia, South Carolina, and will not return to the office until October 26, 2007.

4. Accordingly, additional time is necessary to coordinate all efforts in preparing and filing the motion.

5. Defendant has attempted to contact Plaintiff on multiple occasions in order to obtain consent for this motion via e-mail and telephone however, Plaintiff had not responded at the time of the filing of this motion.

WHEREFORE, Defendant requests that this enlargement be granted, and that the date for the filing of the response to the complaint be extended to November 28, 2007. A minute order is requested.

Dated: October 22, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney

_____
KENNETH ADEBONOJO
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of Defendant's Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint was made by first class, postage prepaid mail this 22nd day of October, 2007 to:

Donald Friedman
1125 Third Street
Napa, CA 94559-3015

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
202-514-7157