Donald M. Friedman
% Solano County Jail
500 Union Avenue
Fairfield, CA 94533
Plaintiff Pro Se

RECEIVED
OCT 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the United States District Court
for the District of Columbia

| | |
|---|---|
| Donald M. Friedman,<br>Plaintiff,<br><br>vs.<br><br>U.S. Secret Service,<br>Defendant. | Case No.: 06-cv-2125 (RWR)<br><br>Motion for Enlargement of Time; Motion for Reservice; and Motion to Amend Plaintiff's Address of Record |

## Motion for Enlargement of Time

1. The Plaintiff in the above-captioned case respectfully requests that this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, enlarge the time he has to respond to the Defendant's response to the Plaintiff's Verified Motion to Compel and Defendant's Motion for Summary Judgement by 61 days (to December 26, 2007).

2. The Plaintiff is in custody in the Solano County Jail and therefore has been unable to confer with Defendant's counsel regarding this matter.

3. On October 2, 2007 the Plaintiff was remanded to

1.

custody unexpectedly by the Solano County Courts. As a result, the Plaintiff's address changed and he has not yet received service of the Defendant's court-filed documents which were due to be filed in the instant case on September 28, 2007.

4. The Plaintiff needs the additional time to receive the government documents, and once they are re-served on the Plaintiff at his new address, respond to them properly.

## Motion for Reservice

5. The Plaintiff respectfully requests that this Court order the Defendant to re-serve the Plaintiff with all of the documents which were due to be filed by the Defendant in the instant case by September 28, 2007.

6. The Plaintiff is in custody and therefore has not been able to confer with Defendant's counsel regarding this matter.

## Motion for Court to Order Clerk to Amend Plaintiff's Address of Record

7. The Plaintiff respectfully requests that this Court order the Clerk of the Court to amend the

PLAINTIFF'S ADDRESS OF RECORD IN THE INSTANT CASE TO REFLECT HIS NEW ADDRESS, WHICH IS AS FOLLOWS:

Mr. Donald M. Friedman
c/o Solano County Jail
500 Union Avenue
Fairfield, CA 94533

RESPECTFULLY SUBMITTED,

DATED: October 20, 2007

Donald M. Friedman
Plaintiff Pro Se

Friedman v. U.S. Secret Service
Case No. 06-cv-2125 (RWR)

## Proof of Service

On __10-23-07__ I served the included/attached documents by postage-prepaid, first-class mail on:

Mr. Kenneth Adebonojo
U.S. Attorney's Office Civil Division
555 Fourth St., N.W.
Washington, DC 20530

By placing said documents into the outgoing postal mail system at the Solano County Jail for mailing via U.S. Mail.

I am over 18 years old, a citizen of the State of California, and not a party to the above-referenced case.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 10-23-07

Signed: _____
Name: Karl Silver
Address: c/o Solano Co. Jail
500 Union Avenue
Fairfield, CA 94533