UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD FRIEDMAN,

            Plaintiff,

  v.

UNITED STATES SECRET SERVICE,

            Defendant.

Civil Action No. 06-2125 (RWR)

## ORDER

It is hereby

ORDERED that the parties' unopposed motions for extension of time [Dkt. #33, 34] are GRANTED *nunc pro tunc*, and the defendant's Motion to Amend Scheduling Order [Dkt. #32] is DENIED as moot. It is further

ORDERED that defendant shall file its dispositive motion and its opposition to plaintiff's Motion to Compel by **November 28, 2007**. Defendant shall serve plaintiff at his current place of incarceration: Solono County Jail, 500 Union Avenue, Fairfield, CA, 94533. Plaintiff shall file his opposition to defendant's dispositive motion and his reply, if any, by **December 31, 2007**. Defendant shall file its reply, if any, by **January 18, 2008**.

SO ORDERED.

SIGNED this 9th day of November 2007.

                                              /s/
                                 RICHARD W. ROBERTS
                                 United States District Judge