UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD FRIEDMAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-2125 (RWR) |
| | ) |
| **U.S. SECRET SERVICE,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S NOTICE OF RESERVICE OF MOTION TO AMEND SCHEDULING ORDER AND DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant U.S. Secret Service respectfully files this Notice to inform the Court that Defendant's Motion to Amend Scheduling and Defendant's Motion For An Enlargement of Time To Answer Or Otherwise Respond To The Complaint was sent, this 16th day of November, 2007, to *pro se* Plaintiff, via Certified Mail, Receipt No. 7099 3400 0014 4338 9790 to:

Donald M. Friedman
c/o Solano County Jail
500 Union Avenue
Fairfield, CA 94533

Date: November 16, 2007

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

/s/
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
(202) 514-7157