UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD FRIEDMAN,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 06-2125 (RWR) |
| ) | ECF |
| **U.S. SECRET SERVICE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO
ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), the United States Secret Service ("Defendant" or "Agency") through counsel, respectfully requests an enlargement of time, until December 4, 2007, to file an answer or otherwise respond to Plaintiff's complaint. In support of this motion, Defendant states the following:

1. Defendant's answer or response to the Complaint is due on or before November 28, 2007.

2. Although the lone declaration supporting this motion is virtually complete, the undersigned has made some suggestions to the Agency regarding same that will not be completed until the end of this week.

3. In fact, Agency Counsel is currently out of the office and unable to review the declaration until she returns tomorrow.

4. Accordingly, this request for a brief extension will enable the Agency to finalize the declaration.

5. Pursuant to LCvR 7(m), the undersigned has conferred with Plaintiff who consents to this request.

WHEREFORE, Defendant requests that this enlargement be granted, and that the date for the filing of the response to the complaint be extended to December 4, 2007. A minute order is requested.

Dated: November 27, 2007

                Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney


_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of Defendant's Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint was made by first class, postage prepaid mail this <u>27th</u> day of November, 2007 to:

Donald Friedman
1301 4th Street
Napa, CA 94559-3015

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
202-514-7157