DONALD M. FRIEDMAN
1301 Fourth Street
Napa, CA 94559
(707) 656-5651 Cellular Telephone
(707) 259-8133 Message Telephone
Email: don.friedman@yahoo.com

PLAINTIFF PRO SE

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DONALD M. FRIEDMAN,

    Plaintiff,

vs.

U.S. SECRET SERVICE,

    Defendant.

Case No.: Case No. 06-cv-2125 (RWR)

PLAINTIFF'S MOTION FOR EXPANSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT AND DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

PLAINTIFF'S MOTION FOR EXPANSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT AND DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

1. The Plaintiff in the above captioned case respectfully moves for this court to allow him an additional 30 days, to February 4, 2007 to respond to the Defendant's motions for summary judgment and opposition to the Plaintiff's motion to compel. This is the Plaintiff's first request for such an expansion subsequent to his receiving the Defendant's dispository filings in the instant case.

RECEIVED
JAN - 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S MOTION FOR EXPASION OF TIME - 1

2. The holidays have caused the Plaintiff to be unable to have his usual, most-of-the-weekday access to a computer to prepare his responses and the federal misconduct the Plaintiff has been complaining of to this court throughout the pendency of this case has also caused the Plaintiff to have a shortage of financial resources with which to make the necessary copies for the instant case.

3. In addition, the Plaintiff did not receive the Defendant's motion for summary judgment and opposition to the Plaintiff's motion to compel until December 17, 2007 and so he will not have an adequate opportunity to respond to them by the January 4, 2008 deadline.

4. The Plaintiff has attempted to reach Defendant's counsel, Mr. Kenneth Adebonojo, by phone and e-mail, to confer with him about obtaining a stipulation from him regarding this motion, without avail.

Dated this 27th day of December, 2007

_____
DONALD M. FRIEDMAN
PLAINTIFF PRO SE

## PROOF OF SERVICE

Donald M. Friedman v. U.S. Secret Service
Case No. 06-2125 (RWR)

I, _Thomas Huck_, am a citizen of the State of California, am over 18 years old am not a party to the above-referenced action.

On _12/31/07_ I mailed, via the U.S. Postal Service, postage fully pre-paid, the attached document(s) to the following party:

Mr. Kenneth Abebonojo, AUSA
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 12/31/07

Signed: _Thomas Huck_
Thomas Huck
Address:
1301 4Th Street
Napa CA 94559