DONALD M. FRIEDMAN
525 Asbury Drive
Fairfield, CA 94533
(707) 656-5651 Cellular Telephone
Email: don.friedman@yahoo.com

PLAINTIFF PRO SE

RECEIVED

FEB - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

DONALD M. FRIEDMAN,

    Plaintiff,

vs.

U.S. SECRET SERVICE,

    Defendant.

Case No.: Case No. 06-cv-2125 (RWR)

PLAINTIFF'S MOTION FOR EXPANSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT AND DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

PLAINTIFF'S MOTION FOR EXPANSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT AND DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

1. The Plaintiff in the above captioned case respectfully moves for this court to allow him an additional 30 days, to March 7, 2007 to respond to the Defendant's motions for summary judgment and opposition to the Plaintiff's motion to compel. This is the Plaintiff's <u>second</u> request for such an expansion subsequent to his receiving the Defendant's dispository filings in the instant case.

2. The federal misconduct the Plaintiff has been complaining of to this court throughout the pendency of this case has also caused the Plaintiff to have a shortage of financial resources with which to make the necessary copies and obtain necessary materials for the instant case. The Plaintiff expects that his financial situation will improve on the first of February, when his disability payment arrives; however, once it arrives the Plaintiff will need time to prepare his responses properly.

3. The Plaintiff has contacted Defendant's counsel, Mr. Kenneth Adebonojo to confer with him about obtaining a stipulation from him regarding this motion, and he has consented to the Plaintiff's request for the additional 30 days requested in this motion.

Dated this 30th day of January, 2008

DONALD M. FRIEDMAN
PLAINTIFF PRO SE

PROOF OF SERVICE

Donald M. Friedman v. U.S. Secret Service
Case No. 06-2125 (RWR)


I, _____, am a citizen of the State of California, am over 18 years old, and am not a party to the above-referenced action.


On _____ I mailed, via the U.S. Postal Service, postage fully pre-paid, the attached document(s) to the following party:


Mr. Kenneth Abebonojo, AUSA
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530


I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated:                                            Signed: _____

                                                  Address: