DONALD M. FRIEDMAN
525 Asbury Drive
Fairfield, CA 94533
(707) 656-5651 Cellular Telephone
Email: don.friedman@yahoo.com

PLAINTIFF PRO SE

**RECEIVED**

FEB - 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

DONALD M. FRIEDMAN,

      Plaintiff,

    vs.

U.S. SECRET SERVICE,

      Defendant.

Case No.: Case No. 06-cv-2125 (RWR)

PLAINTIFF'S AMENDED NOTICE OF
CHANGE OF ADDRESS AND MOTION FOR
THIS COURT TO AMEND ADDRESS OF
RECORD IN THE INSTANT CASE

1. The Plaintiff in the above-captioned case respectfully notices the court clerk of the above named court and this court to an amendment to his previous change of address and moves for this court to order that the address be amended in the clerk's/court's records. The Plaintiff's new mailing address is:

        Donald M. Friedman
        525 Asbury Drive
        Fairfield, CA 94533

        Dated this 30th day of January, 2008

              DONALD M. FRIEDMAN

              PLAINTIFF PRO SE

## PROOF OF SERVICE

Donald M. Friedman v. U.S. Secret Service
Case No. 06-2125 (RWR)

I, _MARK PIKE_ , am a citizen of the State of California, am over 18

years old, and am not a party to the above-referenced action.

On _1/31/08_ I mailed, via the U.S. Postal Service, postage fully pre-paid,

the attached document(s) to the following party:

Mr. Kenneth Abebonojo, AUSA
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: _1/31/08_

Signed: _____
Address: MARK PIKE
1301 4th St
NAPA, CA.
94559