UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAR 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| DONALD FRIEDMAN, | ) |
| Plaintiff, | ) Civil Action No. 06-2125 (RWR) |
| v. | ) |
| U.S. SECRET SERVICE, | ) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR A TWO WEEK EXPANSION OF TIME TO FILE HIS RESPONSES TO THE DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT AND OPPOSITION TO THE PLAINTIFF'S MOTION TO COMPEL**

The Plaintiff in the above-captioned case respectfully requests a three week expansion of time to file his responses to the Defendant's motion for summary judgement and opposition to the Plaintiff's motion to compel.

The Plaintiff has had serious difficulties with the preparation of his responses due to the Defendant's continuing interference with his activities and the number and complexity of the Plaintiff's exhibits which will be used to prove his case.

The Plaintiff has contacted Defendant's attorney, AUSA Kenneth Adebonojo, and obtained his consent for this requested expansion of time. The new due date for the Plaintiff to file his responses is requested to be March 28, 2008.

Dated: March 6, 2008

                                            Respectfully submitted,

                                            _____

                                            DONALD M. FRIEDMAN, Plaintiff

                                            525 Asbury Lane

                                            Fairfield, CA 94533

                                            (707) 266-8564

                                            don.friedman@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN,<br><br>   Plaintiff,<br><br>v.<br><br>U.S. SECRET SERVICE,<br><br>   Defendant. | Civil Action No. 06-2125 (RWR) |

## PROOF OF SERVICE

I, _Sandra Magana_, am over 18 years of age, am a citizen of the State of California, and am not a party to the above-captioned case.

On _3-7-08_ I served the attached document by sealing it in a properly addressed envelope, postage fully pre-paid, and placing it in the U.S. Mail.

The envelope was addressed as follows:   Mr. Kenneth Adebonojo, AUSA
U.S. Attorney's Office
Civil Division
555 Fourth Street, N.W.
Washington, DC 20530

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: _March 7, 2008_           Signed: _Sandra Magana_

                                 Address: 525 Asbury Ln
                                          Fairfield CA 94533

Page 1