Donald M. Friedman
585 Asbury Lane
Fairfield, CA 94533
(707) 266-8564

Plaintiff Pro Se

RECEIVED
APR - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For The District of Columbia

| | |
|---|---|
| Donald M. Friedman, Plaintiff, | Case No.: 06-cv-2125 (RWR) |
| v. | Motion for Expansion of Time to File a Response to Gov't Motion for Summary Judgement |
| U.S. Secret Service, Defendant | |

1. The Plaintiff in the above-captioned case respectfully requests an additional 2 weeks to file his response to the Defendant's Motion for Summary Judgement.

2. The Plaintiff has not had the opportunity to confer with defense counsel regarding this matter due to the Plaintiff being unexpectedly incarcerated.

3. The Plaintiff respectfully requests this

1.

expansion of time, to April 11, 2008, due to his being unexpectedly ~~incarcerated~~ of incarcerated in the Solano County Jail on a misdemeanor charge shortly before his response was due.

4. The Plaintiff expects his incarceration to last only a few days, but requests two weeks out of an abundance of ~~caution~~ of caution.

Respectfully submitted,

Dated: 3/26/08

Donald M. Friedman
Plaintiff Pro Se

2.

Case No. 06-CV-2125 (RWR)

## Proof of Service

I, Michael Sherman, am over 18 years old, a citizen of the State of California, and am not a party in the above-referenced case.

On 3 27 08 I served the attached document, by placing a copy of it in the Solano County Jail institutional mail, for mailing by U.S. Mail, in a fully postage-paid envelope addressed as follows:

Mr. Kenneth Adebonojo, AUSA
U.S. Attorney's Office
Civil Division
555 Fourth St., N.W
Washington, DC 20530

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3 27 08    Signed: Michael Sherman
Address: 500 Union Avenue
Fairfield, CA 94533