UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DONALD FRIEDMAN,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-2125 (RWR) |
| ) | ECF |
| **U.S. SECRET SERVICE,** ) | |
| ) | |
| **Defendant.** ) | |

**MOTION FOR AN ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant, the United States Secret Service (the Agency) through counsel, respectfully requests an enlargement of time, until July 2, 2008, to file a reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment. In support of this motion, Defendant states the following:

1.  Defendant's reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment is due tomorrow, June 23, 2008.

2.  This action pertains to disclosure of information that is, for the most part, precluded from disclosure under the Freedom of Information Act..

3.  Plaintiff's opposition to Defendant's Motion for Summary Judgment is cumbersome and requires a thorough responsive review.

4.  In addition, the undersigned require additional time to enable the Agency to digest Plaintiff's opposition and to weigh in on the reply.

5.  Pursuant to LCvR 7(m), Defendant attempted to reach Plaintiff at the last telephone number provided but was unable to reach him at that number.

WHEREFORE, Defendant requests that this enlargement be granted, and that the date for the filing of a reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment be extended until July 2, 2008. A minute order is requested.

Dated: May 22, 2008.

                                      Respectfully submitted,

                                      _____/s/_____
                                      JEFFREY A. TAYLOR, D.C. Bar No. 498610
                                      United States Attorney

                                      _____/s/_____
                                      RUDOLPH CONTRERAS, D.C. BAR No. 434122
                                      Assistant United States Attorney

                                      _____/s/_____
                                      KENNETH ADEBONOJO
                                      Assistant United States Attorney
                                      Civil Division
                                      555 4th Street, N.W.
                                      Washington, D.C.  20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of Defendant's Motion for an Enlargement of Time was made by first class, postage prepaid mail this <u>22nd</u> day of May, 2008 to:

Donald Friedman
1125 Third Street
Napa, CA 94559-3015

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
202-514-7157