UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DONALD FRIEDMAN,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 06-2125 (RWR) |
| ) | ECF |
| **U.S. SECRET SERVICE,** ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR AN ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant, the United States Secret Service (Defendant"), through the undersigned counsel, respectfully requests an enlargement of time until August 1, 2008, to file a reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment. In support of this motion, Defendant states the following:

1.  Defendant's reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment is due July 2, 2008.

2.  Plaintiff's request under the Freedom of Information Act ("FOIA") pertains to information that is highly sensitive.

3.  In light of the fact that this is an atypical FOIA request, including the possibility of third-party agency documents, the undersigned is seeking additional time to ensure that Defendant has complied with FOIA's requirements.

4.  In addition, the undersigned is seeking the additional time to consult with Agency Counsel to ensure a fully responsive reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment.

5.     Pursuant to LCvR 7(m), Plaintiff consents to this request.

WHEREFORE, Defendant respectfully requests that this enlargement be granted, and that the date for the filing of a reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment be extended until August 1, 2008. A minute order is requested.

Dated: August 1, 2008                Respectfully submitted,


___/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


__ /s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney


__/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of Defendant's Motion for an Enlargement of Time was made by first class, postage prepaid mail this <u>1st</u> day of July, 2008 to:

Donald Friedman
1125 Third Street

Napa, CA 94559-3015

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
202-514-7157