UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN,  )<br>  )<br>       Plaintiff  )<br>  )<br>  v.  )<br>  )<br> U.S. SECRET SERVICE,  )<br>  )<br>       Defendant.  )<br>  ) | Civil Action No. 06-2125 (RWR)<br>ECF |

**MOTION FOR AN ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant, the United States Secret Service (Defendant"), through the undersigned counsel, respectfully requests an enlargement of time until September 2, 2008, to file a reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment. In support of this motion, Defendant states the following:

1.   Defendant's reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment is due tomorrow, August 1, 2008.

2.   Although Plaintiff's Freedom of Information Act ("FOIA") request was made to Defendant, the request generated refers to no less than twelve different agencies. The undersigned and Agency counsels have been diligently engaged in efforts to determine the status of Defendant's referrals to those agencies. Despite these efforts, the undersigned and Agency counsels have only been able to determine the referral status of about half of the referrals. Indeed, some of the referrals have resulted in additional disclosures to Plaintiff. Unfortunately, at least in one case, an Agency denied receipt of Defendant's referral.

3. Plaintiff's FOIA request is for document concerning directed energy technology that is very sensitive. Some of this documents pertain to research conducted by divisions within Defendant agency that is used to carry out its mandate to protect very high government officials. In fact, in one case, the documents between to referral agency could not be mailed but had to hand carried interstate.

4. The delay in filing Defendant's reply and the additional time requested will enable Defendant to carry out the painstaking efforts needed to ensure that the referral agencies are conducting adequate searches and being as responsive to Plaintiff's request as possible. As indicated earlier, at least in one case, the process is just beginning. In addition, the sensitivity of the documents that Plaintiff is requesting almost inherently requires more time than would ordinarily be necessary to complete the process.

5. In addition to the above, the undersigned and Agency counsel have longstanding vacations planned for the middle to latter part of August.

6. Pursuant to LCvR 7(m), Defendant sought but was unable to obtain Plaintiff's consent to this request.

WHEREFORE, Defendant respectfully requests that this enlargement be granted, and that the date for the filing of a reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment be extended until September 2, 2008. A minute order is respectfully requested.

Dated: July 31, 2008                    Respectfully submitted,


___/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

       __/s/_____
       RUDOLPH CONTRERAS, D.C. BAR No. 434122
       Assistant United States Attorney


       __/s/_____
       KENNETH ADEBONOJO
       Assistant United States Attorney
       Civil Division
       555 4th Street, N.W.
       Washington, D.C.  20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of Defendant's Motion for an Enlargement of Time was made by first class, postage prepaid mail this <u>31st</u> day of July, 2008 to:

Donald Friedman
2001 Bristol Lane, Apt. B,

Fairfield, CA  94533

                                                                                      _____/s/_____
                                                                    KENNETH ADEBONOJO
                                                                    Assistant United States Attorney
                                                                    Civil Division
                                                                    555 4th Street, N.W.
                                                                    Washington, D.C.  20530
                                                                    202-514-7157