UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD FRIEDMAN, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>U.S. SECRET SERVICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-2125 (RWR)<br>ECF |

**MOTION FOR AN ENLARGEMENT OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(1), the United States Secret Service (Defendant"), through the undersigned counsel, respectfully requests an enlargement of time until September 16, 2008, to file a reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment. In support of this motion, Defendant states the following:

1.   Defendant's reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment is due tomorrow, September 2, 2008.

2.   Although Plaintiff's Freedom of Information Act ("FOIA") request was made to Defendant, the request generated referrals to no less than twelve different agencies.  Since their last request for an extension, Defendant has determined that a majority of the referral agencies have responded to Plaintiff's request.  However, there are at least two outstanding responses to Defendant's inquiries from the Air Force and Raytheon.  Defendant believes that this extension will enable time to obtain the status of the referrals to these agencies.

3.	In addition, the Special Agent who is responsible for signing Defendant's declaration and is intimately familiar with this case has been out of the office in Denver since last week and is expected to return to the office by the end of this week.

4.	Pursuant to LCvR 7(m), Defendant contacted Plaintiff via e-mail for his position on Defendant's motion but has not heard back.

WHEREFORE, Defendant respectfully requests that this enlargement be granted, and that the date for the filing of a reply to Plaintiff's opposition to Defendant's Motion for Summary Judgment be extended until September 16, 2008. A minute order is respectfully requested.

Dated: September 1, 2008         Respectfully submitted,

___/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


__ /s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney


__/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of Defendant's Motion for an Enlargement of Time was made by first class, postage prepaid mail this <u>1st</u> day of September, 2008 to:

Donald Friedman
2001 Bristol Lane, Apt. B,

Fairfield, CA 94533

                                                                    _____/s/_____
                                                                    KENNETH ADEBONOJO
                                                                    Assistant United States Attorney
                                                                    Civil Division
                                                                    555 4th Street, N.W.
                                                                    Washington, D.C. 20530
                                                                    202-514-7157