40:10            Assignment of Cases for Trial            40–10

## MOTIONS FOR CONTINUANCE

### Form No. 40:10

### Motion for Continuance, With Supporting Affidavit[1]

_Pro Se_ [name of attorney]
_N.A._ [name of firm]
_N.A._ [street address of attorney's firm]
_N.A._ [phone number of attorney's firm]
_N.A._ [fax number, if available]
_Pro Se_ [state bar i.d. number, if required by local rule]
Attorney for _Donald Friedman_ [name of party]

UNITED STATES DISTRICT COURT
_____ District of _Columbia, DC_

_Donald_ [Name of Plaintiff],
_Friedman_ Plaintiff

vs.

_U.S. Secret_ [Name of Defendant],
_Service_ Defendant

Civil Action No. _06-2125_ KBJ
MOTION FOR CONTINUANCE
Hearing Date: _____
Hearing Time: _____
Courtroom No.: _____
TRIAL DATE CURRENTLY
SET FOR: _____ [date]

Relief Sought

_Donald Friedman_ [Name of moving party], _plaintiff_ [plaintiff or defendant] moves this court for an order continuing the ~~trial date~~ in this matter. ~~which is currently set for_____[current trial date], to _____ [continued trial date sought in motion].~~ in agreement with the ~~USA~~ A.U.S.A.

[1] This form was loosely adapted from papers filed in the case of Ray v. United States, 385 F. Supp. 372 (S.D. Tex. 1974), aff'd, 538 F.2d 1228 (5th Cir. 1976), furnished courtesy of Donald F. Wood, Esq. of Messrs Vinson, Elkins, Searls, Connally & Smith, Houston, Texas.

(Matthew Bender & Co., Inc.)      (Rel.90–12/98 Pub.090)

Kevin Adebunjo of

Expansion of Time Asked for 30 days.



RECEIVED
Mail Room

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia